UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA | )<br>)Criminal No. 04-10299-PBS<br>) |
| v. | )VIOLATIONS: |
| 1. Luz LUCIANO,<br>    a/k/a Chila, | )<br>)21 U.S.C. §846 - Conspiracy to |
| 2. Daniel AGUILAR,<br>    a/k/a "Lik" | )Possess with Intent to<br>)Distribute Cocaine |
| 3. Roberto SOLORIO, | ) |
| 4. Ricardo ESTRADA, | )21 U.S.C. § 853 - Criminal |
| 5. Andres MARTINEZ,<br>    a/k/a Castro Casimiro,<br>    a/k/a Joel Zequeira, | )Forfeiture<br>)<br>) |
| 6. Jose ROSALES,<br>    a/k/a Tony,<br>    a/k/a Tono,<br>    a/k/a Joel Agostini, | )<br>)<br>)<br>) |
| 7. Valentin MARTINEZ,<br>    a/k/a Valentin RIVERA,<br>    a/k/a "V",<br>    a/k/a Vale, | )<br>)<br>)<br>) |
| 8. Kelvin MADERA,<br>    a/k/a Manolo LNU,<br>    a/k/a Manuel GERMOSEN, | )<br>)<br>) |
| 9. Abdallah HAMDAN, | ) |
| 10. Ricardo MARTINEZ,<br>    a/k/a Chorizo,<br>    a/k/a Chori, | )<br>)<br>) |
| 11. Howard GREENBERG, | ) |
| 12. EDGAR HOFFENS,<br>    a/k/a Carlos Colon Rivera,<br>    a/k/a Tigueron, | )<br>)<br>) |
| 13. Rogelio GARCIA,<br>    a/k/a Lacuilla, | )<br>) |
| 14. Javier Angel Romero,<br>    a/k/a Ramon ACOSTA, | )<br>) |
| 15. Cristian GERMOSEN, | ) |
| 16. Juan MARTINEZ,<br>    a/k/a Marcelino Cuevas,<br>    a/k/a Chon, | )<br>)<br>) |
| 17. Gerardo Vasseur ORTIZ,<br>    a/k/a Scarface, | )<br>) |
| 18. Phillip ASARO, | ) |
| 19. Silvestre LIZARDI, | ) |

2

```
20. Robert RUSCIO,              )
21. Giovanni AVILA,             )
      a/k/a Gio,                )
      a/k/a the Painter,        )
22. Gilberto ZAYAS,             )
      a/k/a Tony,               )
23. Luís DEJESUS,               )
      a/k/a Edgardo,            )
24. Benito GRULLON,             )
      a/k/a "Quico"             )
```

                    **Defendants.**

### FIRST SUPERSEDING INDICTMENT

**COUNT ONE:**       **(21 United States Code Section 846 - Conspiracy to Possess with Intent to Distribute Cocaine)**

The Grand Jury charges that:

From an unknown date but at least by in or about January 2001 and continuing until on or about May 1, 2004 at Lynn, Danvers, Peabody, Salem, and elsewhere in the District of Massachusetts, at the Bronx and Manhattan in the Southern District of New York, at Mexico, and elsewhere,

```
           1. Luz LUCIANO,
                a/k/a Chila,
           2. Daniel AGUILAR,
                a/k/a "Lik"
           3. Roberto SOLORIO,
           4. Ricardo ESTRADA,
           5. Andres MARTINEZ,
          a/k/a Castro Casimiro,
          a/k/a Joel Zequeira,
           6. Jose ROSALES,
                a/k/a Tony,
                a/k/a Tono,
          a/k/a Joel Agostini,
           7. Valentin MARTINEZ,
          a/k/a Valentin RIVERA,
                a/k/a "V",
```

3

a/k/a Vale,
8. Kelvin MADERA,
a/k/a Manolo LNU,
a/k/a Manuel GERMOSEN,
9. Abdallah HAMDAN,
10. Ricardo MARTINEZ,
a/k/a Chorizo,
a/k/a Chori,
11. Howard GREENBERG,
12. EDGAR HOFFENS,
a/k/a Carlos Colon Rivera,
a/k/a Tigueron,
13. Rogelio GARCIA,
a/k/a Lacuilla,
14. Javier Angel Romero,
a/k/a Ramon ACOSTA,
15. Cristian GERMOSEN,
16. Juan MARTINEZ,
a/k/a Marcelino Cuevas,
a/k/a Chon,
17. Gerardo Vasseur ORTIZ,
a/k/a Scarface,
18. Phillip ASARO,
19. Silvestre LIZARDI,
20. Robert RUSCIO,
21. Giovanni AVILA,
a/k/a Gio,
a/k/a the Painter,
22. Gilberto ZAYAS,
a/k/a Tony,
23. Luis DEJESUS,
a/k/a Edgardo,
24. Benito GRULLON,
a/k/a "Quico"

defendants herein, knowingly and intentionally combined,
conspired, and agreed with each other and with other persons
known and unknown to the Grand Jury, to possess with intent to
distribute and distribute cocaine, a Schedule II controlled
substance, in violation of Title 21, United States Code, Section
841(a)(1).

4

It is further alleged that the conspiracy involved five kilograms or more of a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Sections 846 and 841(b)(1)(A)(ii).

5

## DRUG FORFEITURE ALLEGATION

### (21 U.S.C. §853 -- Criminal Forfeiture)

The Grand Jury further charges that:

1.    As a result of committing one or more of the offenses alleged in Count One of this indictment,

1. Luz LUCIANO,
a/k/a Chila,
2. Daniel AGUILAR,
a/k/a "Lik"
3. Roberto SOLORIO,
4. Ricardo ESTRADA,
5. Andres MARTINEZ,
a/k/a Castro Casimiro,
a/k/a Joel Zequeira,
6. Jose ROSALES,
a/k/a Tony,
a/k/a Tono,
a/k/a Joel Agostini,
7. Valentin MARTINEZ,
a/k/a Valentin RIVERA,
a/k/a "V",
a/k/a Vale,
8. Kelvin MADERA,
a/k/a Manolo LNU,
a/k/a Manuel GERMOSEN,
9. Abdallah HAMDAN,
10. Ricardo MARTINEZ,
a/k/a Chorizo,
a/k/a Chori,
11. Howard GREENBERG,
12. EDGAR HOFFENS,
a/k/a Carlos Colon Rivera,
a/k/a Tigueron,
13. Rogelio GARCIA,
a/k/a Lacuilla,
14. Javier Angel Romero,
a/k/a Ramon ACOSTA,
15. Cristian GERMOSEN,
16. Juan MARTINEZ,
a/k/a Marcelino Cuevas,

6

a/k/a Chon,
17. Gerardo Vasseur ORTIZ,
a/k/a Scarface,
18. Phillip ASARO,
19. Silvestre LIZARDI,
20. Robert RUSCIO,
21. Giovanni AVILA,
a/k/a Gio,
a/k/a the Painter,
22. Gilberto ZAYAS,
a/k/a Tony,
23. Luis DEJESUS,
a/k/a Edgardo,
24. Benito GRULLON,
a/k/a "Quico"

defendants herein, shall forfeit to the United States, pursuant to
21 U.S.C. §853: (1) any and all property constituting or derived
from any proceeds the said defendant obtained directly or
indirectly as a result of the charged offense; and (2) any and all
property used or intended to be used in any manner or part to
commit and to facilitate the commission of the offense, including,
but not limited to, the following:

    (a)   $1,150.00 in United States currency, seized from
Giovanni Enrique Avila on or about May 1, 2004;

    (b)   $19,000.00 in United States currency, seized from
Giovanni's Auto Body, 892 Washington Street, Lynn,
Massachusetts, on or about May 1, 2004;

    (c)   a 2000 Freightliner Tractor Classic XL, Vehicle
Identification No. 1FUPCSEB9YDB42682, and
California License No. UP20575, registered in the
name of Ricardo Estrada;

    (d)   $21,042.00 in U.S. Currency, seized from 29 Hardy
Avenue, Newburyport, Massachusetts, on or about May
1, 2004;

7

(e)  $1,213.00 in U.S. Currency, seized from Silvester Lizardi, on or about May 1, 2004;

(f)  the real property and buildings located at 892-898 Washington Street, Lynn, Massachusetts, which contains a auto body shop commonly known as "Giovanni's European Auto Body," a/k/a "Giovanni's BMW Auto Body", with a Deed recorded at Book 12349, Page 135, of the Southern Essex County Registry of Deeds;

(g)  $6,000 in U.S. Currency, seized from Judith Collado and Ruth Saldivar on or about May 5, 2004;

(h)  $4,360 in U.S. Currency, seized from Valentin Martinez on or about May 1, 2004; and

(i)  $25,300 in U.S. Currency, seized from Phillip Asaro on or about May 1, 2004.

2.  If any of the above-described forfeitable properties, as a result of any act or omission of the defendants:

(a)  cannot be located upon the exercise of due diligence;

(b)  have been transferred or sold to, or deposited with, a third party;

(c)  have been placed beyond the jurisdiction of the Court;

(d)  have been substantially diminished in value; or

(e)  have been commingled with other property which cannot be subdivided without difficulty;

it is the intent of the United States, pursuant to 21 U.S.C. §853(p), to seek forfeiture of any other property of said defendants up to the value of the above forfeitable properties, including, but not limited to, the following:

8

(1)    the real property located at 88 Windsor Avenue,
Swampscott, Massachusetts, including all buildings,
appurtenances, and improvements thereon, with a
Deed recorded at Book 23089, Page 204, of the
Southern Essex County Registry of Deeds and Land
Court Certificate No. 77407; and

(2)    the real property located at 7A Buffum Street,
Salem, Massachusetts, including all buildings,
appurtenances, and improvements thereon, with a
Deed recorded at Book 23089, Page 215, of the
Southern Essex County Registry of Deeds.

All in violation of Title 21, United States Code, Section 853.

9

A TRUE BILL

FOREPERSON OF THE GRAND JURY

ASSISTANT U.S. ATTORNEY

DISTRICT OF MASSACHUSETTS; October 6, 2004

Returned into the District Court by the Grand Jurors and filed.

DEPUTY CLERK     2:07

JS 45 (5/97) - (Revised U.S.D.C. MA 2/7/02)

## Criminal Case Cover Sheet                                                    U.S. District Court - District of Massachusetts

**Place of Offense:**                **Category No.** II                **Investigating Agency** DEA

**City** Lynn                        **Related Case Information:**

**County** Essex                     Superseding Ind./ Inf.   X          Case No.   04-10299 PBS
                                     Same Defendant    x          New Defendant
                                     Magistrate Judge Case Number   ▮▮▮▮▮▮▮▮
                                     Search Warrant Case Number   04-M-1720-1730
                                     R 20/R 40 from District of

### Defendant Information:

**Defendant Name**   LUZ LUCIANO                    Juvenile:        ☐ Yes    X No

**Alias Name**   "Chila"

**Address**

**Birthdate:** _____ SS # _____  **Sex:** FEM  **Race:** Hispanic    **Nationalit** Guatemala

**Defense Counsel if known:**   Michael Bourbeau, Esq.    Address 77 Central Street, Boston, MA

**Bar Number**

### U.S. Attorney Information:

**AUSA**   Robert L. Peabody.                    **Bar Number if applicable**   551936

**Interpreter:**   X Yes    No         List language and/or dialect:   Spanish

**Matter to be SEALED:**      Yes  X  ▮▮▮▮▮▮

         Warrant Requested    X ▮▮▮▮▮▮▮▮▮         In Custody

### Location Status:

Arrest Date       5/01/04

   Already in Federal Custody as of _____ in _____

☐ Already in State Custody at ——————————— ☐ Serving Sentence    ☐ Awaiting Trial

X On Pretrial Release:    Ordered by:   Mag. Judge Swartwood    on

**Charging Document:**      Complaint       ☐ Information       X Indictment

**Total # of Counts:**    ☐ Petty _____    ☐ Misdemeanor _____    X Felony   1

Continue on Page 2 for Entry of U.S.C. Citations

**I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.**

Date:   10/6/04              Signature of AUSA:   Robert L. Peabody.

JS 45  (5/97)  (Revised U.S.D.C. MA 2/7/02) Page 2 of 2 or Reverse

**District Court Case Number**  (To be filled in by deputy clerk): _____

**Name of Defendant**    LUZ LUCIANO _____

### U.S.C. Citations

| | __Index Key/Code__ | __Description of Offense Charged__ | __Count Numbers__ |
|---|---|---|---|
| Set 1 | 21 USC 846 | CONSPIRACY DISTRIBUTE COCAINE | 1 |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:** _____

_____

_____

_____

js-45-luciano.wpd - 2/7/02

JS 45 (5/97) - (Revised U.S.D.C. MA 2/7/02)

**Criminal Case Cover Sheet**                    **U.S. District Court - District of Massachusetts**

**Place of Offense:**          **Category No.**  II          **Investigating Agency**  DEA

**City**   Lynn                    **Related Case Information:**

**County**   Essex               Superseding Ind./ Inf.   X          Case No.   04-10299 PBS
                                 Same Defendant   x          New Defendant
                                 Magistrate Judge Case Number
                                 Search Warrant Case Number   04-M-1720-1730
                                 R 20/R 40 from District of

**Defendant Information:**

**Defendant Name**   DANIEL AGUILAR                    Juvenile:      ☐ Yes     X No

**Alias Name**   "LIK"

**Address**

**Birthdate:**          SS #          Sex:  MALE  Race:  Hispanic          Nationalit  Mexican

**Defense Counsel if known:**   Benjamin Entine, Esq.          Address  77 Franklin Street, Boston, MA

**Bar Number**                                   617-357-0770

**U.S. Attorney Information:**

**AUSA**   Robert L. Peabody.                    Bar Number if applicable   551930

**Interpreter:**     X Yes     No          List language and/or dialect:     Spanish

**Matter to be SEALED:**     Yes  ████████

          Warrant Requested          ☐ Regular Process          X In Custody

**Location Status:**

**Arrest Date**          5/01/04

X Already in Federal Custody as of                    in    Wyatt Detention, Central Falls, RI    .
☐ Already in State Custody at                    ☐ Serving Sentence          ☐ Awaiting Trial
☐ On Pretrial Release:     Ordered by:                    on

**Charging Document:**     Complaint          ☐ Information          X Indictment

**Total # of Counts:**     ☐ Petty          ☐ Misdemeanor          X Felony   1

Continue on Page 2 for Entry of U.S.C. Citations

**I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.**

Date:   10/6/04          Signature of AUSA:   Robert L. Peabody

JS 45 (5/97)  (Revised U.S.D.C. MA 2/7/02) Page 2 of 2 or Reverse

**District Court Case Number**  (To be filled in by deputy clerk): _____

**Name of Defendant**    DANIEL AGUILAR _____

### U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 21 USC 846 | CONSPIRACY DISTRIBUTE COCAINE | 1 |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:** _____

_____

_____

_____

js-45-augilua.wpd - 2/7/02

JS 45 (5/97) - (Revised U.S.D.C. MA 2/7/02)

## Criminal Case Cover Sheet                    U.S. District Court - District of Massachusetts

**Place of Offense:**                    Category No.  II                    Investigating Agency    DEA

**City**    Lynn                          **Related Case Information:**

**County**   Essex                        Superseding Ind./ Inf.    X              Case No.   04-10299 PBS
                                          Same Defendant    x           New Defendant
                                          Magistrate Judge Case Number    �per▮▮▮▮▮▮▮▮▮
                                          Search Warrant Case Number    04-M-1720 to 1730
                                          R 20/R 40 from District of

**Defendant Information:**

Defendant Name    ROBERTO SOLORIO                    Juvenile:        ☐ Yes    X No

Alias Name

Address

Birthdate:            SS #            Sex:  MALE  Race:  Hispanic            Nationalit   Mexican

**Defense Counsel if known:**    Syrie Fried, Esq.            Address  Federal Defender

Bar Number                                                    617-223-8061

**U.S. Attorney Information:**

AUSA    Robert L. Peabody.                    Bar Number if applicable    551936

**Interpreter:**    X  Yes    No            List language and/or dialect:    Spanish

**Matter to be SEALED:**    Yes  ▮▮▮▮▮▮▮▮

        Warrant Requested        ▮▮▮▮▮▮▮▮▮▮▮s        In Custody

**Location Status:**

Arrest Date        5/01/04

    Already in Federal Custody as of                    in
☐ Already in State Custody at ———————————  ☐ Serving Sentence        ☐ Awaiting Trial
X  On Pretrial Release:    Ordered by:   Mag. Judge Swartwood        on

**Charging Document:**        Complaint        ☐ Information        X Indictment

**Total # of Counts:**    ☐ Petty ————    ☐ Misdemeanor ————    X Felony   1

Continue on Page 2 for Entry of U.S.C. Citations

**I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.**

Date:   10/6/04            Signature of AUSA:    Robert L. Peabody.

JS 45 (5/97) (Revised U.S.D.C. MA 2/7/02) Page 2 of 2 or Reverse

**District Court Case Number**  (To be filled in by deputy clerk): _____

**Name of Defendant**    ROBERTO SOLORIO

<strong>U.S.C. Citations</strong>

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 21 USC 846 | CONSPIRACY DISTRIBUTE COCAINE | 1 |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:** _____

js-45-solorio.wpd - 2/7/02

JS 45 (5/97) - (Revised U.S.D.C. MA 2/7/02)

| **Criminal Case Cover Sheet** | **U.S. District Court - District of Massachusetts** |
|---|---|

**Place of Offense:**    Category No. __II__    Investigating Agency __DEA__

**City** __Lynn__    **Related Case Information:**

**County** __Essex__    Superseding Ind./ Inf.    __X__    Case No. __04-10299 PBS__
Same Defendant    __x__    New Defendant
Magistrate Judge Case Number    ▆▆▆▆▆▆▆▆
Search Warrant Case Number    04 M 1720- to 1730, 04-M 1738
R 20/R 40 from District of    _____

**Defendant Information:**

Defendant Name    __RICARDO ESTRADA__    Juvenile:    ☐ Yes    X No

Alias Name    _____

Address    _____

Birthdate: _____    SS # _____    Sex: __MALE__    Race: __Hispanic__    Nationalit __Mexican__

**Defense Counsel if known:**    Eliot Weinstein, Esq.    Address __228 Lewis Wharf__

Bar Number    _____    __617-367-9334__

**U.S. Attorney Information:**

AUSA __Robert L. Peabody.__    Bar Number if applicable    __551936__

**Interpreter:**    X Yes    No    List language and/or dialect:    __Spanish__

**Matter to be SEALED:**    Yes ▆▆▆▆

    Warrant Requested    ☐ Regular Process    X In Custody

**Location Status:**

Arrest Date    _____

X Already in Federal Custody as of    _____    __Wyatt Detention, Central Falls, RI__ .
☐ Already in State Custody at ————————— ☐ Serving Sentence    ☐ Awaiting Trial
☐ On Pretrial Release:    Ordered by: _____    on _____

**Charging Document:**    Complaint    ☐ Information    X Indictment

**Total # of Counts:**    ☐ Petty ————    ☐ Misdemeanor ————    X Felony  1

Continue on Page 2 for Entry of U.S.C. Citations

**I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.**

Date: __10/6/04__    Signature of AUSA: _Robert L. Peabody_

JS 45 (5/97) (Revised U.S.D.C. MA 2/7/02) Page 2 of 2 or Reverse

**District Court Case Number**  (To be filled in by deputy clerk): _____

**Name of Defendant**  RICARDO ESTRADA

### U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 21 USC 846 | CONSPIRACY DISTRIBUTE COCAINE | 1 |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:** _____

_____

_____

_____

js-45-lestradawpd.wpd - 2/7/02

JS 45 (5/97) - (Revised U.S.D.C. MA 2/7/02)

## Criminal Case Cover Sheet                    U.S. District Court - District of Massachusetts

**Place of Offense:**          **Category No.** __II__          **Investigating Agency** __DEA__

**City** __Lynn__

**County** __Essex__          **Related Case Information:**

Superseding Ind./ Inf. __X__          **Case No.** __04-10299 PBS__

Same Defendant _____ New Defendant __x__

Magistrate Judge Case Number ~~04-M-1696-GBr~~

Search Warrant Case Number __04-M-1720-to-1730__

R 20/R 40 from District of _____

## Defendant Information:

Defendant Name __ANDRES MARTINEZ__          Juvenile:    ☐ Yes    X No

Alias Name __CASTRO CASIMIRO  AKA SACAIDA AKA JOEL ZEQUEIRA__

Address _____

Birthdate: _____ SS # __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__ Sex: __MALE__ Race: __Hispanic__          Nationalit __Mexican__

**Defense Counsel if known:**    John Cicilline, Esq.          Address __381 Atwells Ave., Providence, RI__

Bar Number _____

## U.S. Attorney Information:

AUSA __Robert L. Peabody.__          Bar Number if applicable __551936__

**Interpreter:**    X Yes    No          List language and/or dialect:    Spanish

**Matter to be SEALED:**    Yes ▓▓▓▓▓▓

Warrant Requested          ☐ Regular Process          X In Custody

## Location Status:

Arrest Date    __5/1/2004__

X  Already in Federal Custody as of _____ in __Wyatt Detention, Central Falls, RI__ .

☐ Already in State Custody at _____ ☐ Serving Sentence          ☐ Awaiting Trial

☐ On Pretrial Release:    Ordered by: _____ on _____

**Charging Document:**    Complaint    ☐ Information    X Indictment

**Total # of Counts:**    ☐ Petty ———    ☐ Misdemeanor ———    X Felony ——1——

Continue on Page 2 for Entry of U.S.C. Citations

I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: __10/5/04__          Signature of AUSA: _Robert L. Peabody_

JS 45 (5/97)  (Revised U.S.D.C. MA 2/7/02) Page 2 of 2 or Reverse

**District Court Case Number**  (To be filled in by deputy clerk): _____

**Name of Defendant**    ANDRES MARTINEZ _____

### U.S.C. Citations

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1  21 USC 846 | CONSPIRACY DISTRIBUTE COCAINE | 1 |
| Set 2 | | |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:** _____

js-45-andres.wpd - 2/7/02

JS 45 (5/97) - (Revised U.S.D.C. MA 2/7/02)

| **Criminal Case Cover Sheet** | **U.S. District Court - District of Massachusetts** |
|---|---|

**Place of Offense:**     **Category No.**   II     **Investigating Agency**   DEA

**City**   Lynn

**County**   Essex

**Related Case Information:**

Superseding Ind./ Inf.   X     Case No.   04-10299 PBS
Same Defendant       New Defendant   x
Magistrate Judge Case Number   ▋▋▋▋▋▋
Search Warrant Case Number   04-M-1720 to 1730
R 20/R 40 from District of

**Defendant Information:**

**Defendant Name**   JOSE ROSALES      **Juvenile:**    ☐ Yes    X No

**Alias Name**   TONY   AKA TONO   AKA JOEL AGOSTINI

**Address**   88 NEWARK ST. LYNN MA

**Birthdate:** 5/10/76   **SS #** 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   **Sex:** MALE   **Race:** Hispanic     **Nationalit** Mexican

**Defense Counsel if known:**   Raymond A. O'Hara, Esq.     **Address** 1 Exchange Place., Worcester, MA

**Bar Number**

**U.S. Attorney Information:**

**AUSA**   Robert L. Peabody.      **Bar Number if applicable**   551936

**Interpreter:**    X Yes    No     **List language and/or dialect:**     Spanish

**Matter to be SEALED:**     Yes   ▋▋▋▋

     Warrant Requested      ☐ Regular Process      X In Custody

**Location Status:**

**Arrest Date**   5/1/04

X Already in Federal Custody as of        in   Wyatt Detention, Central Falls, RI .
☐ Already in State Custody at       ☐ Serving Sentence     ☐ Awaiting Trial
☐ On Pretrial Release:   Ordered by:       on

**Charging Document:**     Complaint     ☐ Information     X Indictment

**Total # of Counts:**    ☐ Petty      ☐ Misdemeanor      X☐ Felony   1

Continue on Page 2 for Entry of U.S.C. Citations

**I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.**

Date:   10/6/04      Signature of AUSA:   *Robert L. Peabody*

JS 45 (5/97) (Revised U.S.D.C. MA 2/7/02) Page 2 of 2 or Reverse

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant**   JOSE ROSALES _____

### U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 21 USC 846 | CONSPIRACY DISTRIBUTE COCAINE | 1 |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:** _____

_____

_____

_____

js-45-rosales.wpd - 2/7/02

JS 45 (5/97) - (Revised U.S.D.C. MA 2/7/02)

**Criminal Case Cover Sheet**                    **U.S. District Court - District of Massachusetts**

**Place of Offense:**                **Category No.**  II                **Investigating Agency**   DEA

**City**   Lynn

**County**   Essex                   **Related Case Information:**

                                     Superseding Ind./ Inf.   X           **Case No.**   04-10299 PBS
                                     Same Defendant                     New Defendant   x
                                     Magistrate Judge Case Number ▉▉▉▉▉▉
                                     Search Warrant Case Number   04-M-1720 to 1730
                                     R 20/R 40 from District of

**Defendant Information:**

**Defendant Name**   VALENTIN MARTINEZ                **Juvenile:**    ☐ Yes    X No

**Alias Name**   VALENTIN RIVERA

**Address**   108 JOHNSON STREET, LYNN, MA

**Birthdate:** 12/20/69    **SS #** 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   **Sex:** MALE  **Race:** Hispanic        **Nationalit** Mexican

**Defense Counsel if known:**    Ronald Ian Segal, Esq.     **Address** 23 Central Ave., Lynn, MA

**Bar Number**

**U.S. Attorney Information:**

**AUSA**   Robert L. Peabody.                **Bar Number if applicable**   551936

**Interpreter:**    X Yes    X No        **List language and/or dialect:**    Spanish

**Matter to be SEALED:**        Yes   ▉▉▉No

        Warrant Requested        ☐ Regular Process        x In Custody

**Location Status:**

Arrest Date        5/1/04

x  Already in Federal Custody as of _____ in   Wyatt Detention, Central Falls, RI   .
☐  Already in State Custody at _____  ☐ Serving Sentence    ☐ Awaiting Trial
☐  On Pretrial Release:   Ordered by: _____  on _____

**Charging Document:**      Complaint      ☐ Information      X Indictment

**Total # of Counts:**    ☐ Petty ——   ☐ Misdemeanor ——   X☐ Felony —— 1

Continue on Page 2 for Entry of U.S.C. Citations

I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are
accurately set forth above.

Date:   10/6/04          Signature of AUSA:    Robert L. Peabody

JS 45 (5/97)  (Revised U.S.D.C. MA 2/7/02) Page 2 of 2 or Reverse

**District Court Case Number**  (To be filled in by deputy clerk): _____

**Name of Defendant**    <u>VALENTIN MARTINEZ</u>

### U.S.C. Citations

| | **Index Key/Code** | **Description of Offense Charged** | **Count Numbers** |
|---|---|---|---|
| Set 1 | 21 USC 846 | CONSPIRACY DISTRIBUTE COCAINE | 1 |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:** _____

_____

_____

_____

_____

js-45-valentin.wpd - 2/7/02

JS 45 (5/97) - (Revised U.S.D.C. MA 2/7/02)

**Criminal Case Cover Sheet**                                    **U.S. District Court - District of Massachusetts**

**Place of Offense:**                    **Category No.** __II__                **Investigating Agency** __DEA__

**City** __Lynn__                        **Related Case Information:**

**County** __Essex__                     Superseding Ind./ Inf.   __X__                    Case No.   __04-10299 PBS__
                                         Same Defendant _____    New Defendant __x__
                                         Magistrate Judge Case Number  ▬▬▬▬▬▬▬
                                         Search Warrant Case Number   __04-M-1720 to 1730__
                                         R 20/R 40 from District of  _____

**Defendant Information:**

Defendant Name   __KELVIN MADERA__                    Juvenile:      ☐ Yes     X No

Alias Name      __MANOLO LNU__

Address         __65 FREEMAN AVENUE, EVERETT, MA 02149__

Birthdate: __5/22/66__   SS # __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__  Sex: __MALE__ Race: __Hispanic__        Nationalit __Dominican__

**Defense Counsel if known:**    Steven Judge, Esq.            Address  23 Central Ave., Lynn, MA

Bar Number  _____

**U.S. Attorney Information:**

AUSA   __Robert L. Peabody.__                    Bar Number if applicable    __551936__

**Interpreter:**     X Yes      No          List language and/or dialect:      spanish

**Matter to be SEALED:**         Yes   ▬▬▬▬ ~~No~~

        Warrant Requested          ☐ Regular Process          X In Custody

**Location Status:**

Arrest Date      __5/1/04__

X Already in Federal Custody as of  _____ in   Wyatt Detention, Central Falls, RI  .
☐ Already in State Custody at _____ ☐ Serving Sentence      ☐ Awaiting Trial
☐ On Pretrial Release:  Ordered by: _____ on _____

**Charging Document:**      Complaint          ☐ Information          X Indictment

**Total # of Counts:**     ☐ Petty ———— ☐ Misdemeanor ———— X☐ Felony —— 1 ——

Continue on Page 2 for Entry of U.S.C. Citations

**I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are
accurately set forth above.**

Date: __10/6/04__           Signature of AUSA: _Robert L. Peabody._

JS 45 (5/97) (Revised U.S.D.C. MA 2/7/02) Page 2 of 2 or Reverse

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant**    KELVIN MADERA _____

### U.S.C. Citations

| | __Index Key/Code__ | __Description of Offense Charged__ | __Count Numbers__ |
|---|---|---|---|
| Set 1 | 21 USC 846 | CONSPIRACY DISTRIBUTE COCAINE | 1 |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:** _____

JS 45 (5/97) - (Revised U.S.D.C. MA 2/7/02)

## Criminal Case Cover Sheet                 U.S. District Court - District of Massachusetts

**Place of Offense:**          **Category No.** II          **Investigating Agency** DEA

**City** Lynn                 **Related Case Information:**

**County** Essex              Superseding Ind./ Inf.  X          Case No.  04-10299 PBS
                              Same Defendant _____      New Defendant  x
                              Magistrate Judge Case Number  ~~04-M-1696-CBB~~
                              Search Warrant Case Number    04-M-1720 to 1730
                              R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name   ABDALLAH HAMDAN                 Juvenile:      ☐ Yes    X  No

Alias Name _____

Address   10 ROOSEVELT ST METHUEN MA

Birthdate: 1/17/76    SS # 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   Sex: MALE   Race: Arabic          Nationalit Palestinian

**Defense Counsel if known:**    Melvin Norris, Esq.        Address 260 Boston Post Rd., Wayland, MA

Bar Number _____      _____

**U.S. Attorney Information:**

AUSA   Robert L. Peabody.                   Bar Number if applicable   551936

**Interpreter:**      ☐ Yes    X  No        List language and/or dialect: _____

**Matter to be SEALED:**         Yes ~~No~~

      Warrant Requested        ☐ Regular Process        X  In Custody

**Location Status:**

Arrest Date      5/1/04

X  Already in Federal Custody as of _____ in   Wyatt Detention, Central Falls, RI  .
☐ Already in State Custody at _____ ☐ Serving Sentence    ☐ Awaiting Trial
☐ On Pretrial Release:   Ordered by: _____ on _____

**Charging Document:**      Complaint      ☐ Information      X  Indictment

**Total # of Counts:**    ☐ Petty _____  ☐ Misdemeanor _____  ☐ X Felony — 1

Continue on Page 2 for Entry of U.S.C. Citations

I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are
accurately set forth above.

Date: 10/6/04          Signature of AUSA:   Robert L. Peabody.

**District Court Case Number**  (To be filled in by deputy clerk): _____

**Name of Defendant**     ABDALLAH HAMDAN

### U.S.C. Citations

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1  21 USC 846 | CONSPIRACY DISTRIBUTE COCAINE | 1 |
| Set 2 | | |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:** _____

_____

_____

_____

JS 45 (5/97) - (Revised U.S.D.C. MA 2/7/02)

| **Criminal Case Cover Sheet** | **U.S. District Court - District of Massachusetts** |
| --- | --- |

**Place of Offense:**      Category No. __II__      **Investigating Agency** __DEA__

**City**   __Lynn__      **Related Case Information:**

**County**   __Essex__      Superseding Ind./ Inf. __X__     Case No. __04-10299 PBS__
Same Defendant _____ New Defendant __x__
Magistrate Judge Case Number ~~_____~~
Search Warrant Case Number __04-M-1720 to 1730__
R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name   __RICARDO MARTINEZ__      Juvenile:    ☐ Yes    X No

Alias Name    CHORIZO

Address    __304 AMERICAN LEGION__     __REVERE, MA__

Birthdate: __4/1/74__    SS # __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__ Sex: __MALE__ Race: __Hispanic__    Nationalit __Mexican__

**Defense Counsel if known:** _____      Address _____

Bar Number _____

**U.S. Attorney Information:**

AUSA   __Robert L. Peabody__      Bar Number if applicable _____

**Interpreter:**    X Yes    No     List language and/or dialect:    __Spanish__

**Matter to be SEALED:**    Yes   ~~X No~~

     Warrant Requested     ☐ Regular Process     In Custody

**Location Status:**

Arrest Date    __FUGITIVE__

   Already in Federal Custody as of _____ in _____ .
☐ Already in State Custody at _____ ☐ Serving Sentence    ☐ Awaiting Trial
☐ On Pretrial Release:   Ordered by: _____ on _____

**Charging Document:**    Complaint    ☐ Information    X Indictment

**Total # of Counts:**    ☐ Petty ——— ☐ Misdemeanor ——— X☐ Felony —1—

Continue on Page 2 for Entry of U.S.C. Citations

**I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.**

Date: __10/6/04__     Signature of AUSA: _Robert L. Peabody_

JS 45 (5/97)  (Revised U.S.D.C. MA 2/7/02) Page 2 of 2 or Reverse

**District Court Case Number**  (To be filled in by deputy clerk): _____

**Name of Defendant**   RICARDO MARTINEZ _____

### U.S.C. Citations

| **Index Key/Code** | **Description of Offense Charged** | **Count Numbers** |
|---|---|---|
| Set 1   21 USC 846 | CONSPIRACY DISTRIBUTE COCAINE | 1 |
| Set 2 | | |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:** _____

_____

_____

_____

js-45-ricardo.wpd - 2/7/02

JS 45 (5/97) - (Revised U.S.D.C. MA 2/7/02)

## Criminal Case Cover Sheet                    U.S. District Court - District of Massachusetts

**Place of Offense:**          **Category No.** II _____          **Investigating Agency**  DEA _____

**City**   Lynn _____          **Related Case Information:**

**County**   Essex _____          Superseding Ind./ Inf.   X _____          Case No.   04-10299 PBS
                                    Same Defendant _____          New Defendant   x _____
                                    Magistrate Judge Case Number   ▉▉▉▉▉▉▉▉▉▉
                                    Search Warrant Case Number   04-M-1720 to 1730
                                    R 20/R 40 from District of   _____

### Defendant Information:

Defendant Name   HOWARD GREENBERG _____          Juvenile:          ☐ Yes     X No

Alias Name   HOWIE _____

Address   677 REVERE BEACH BLVD, REVERE, MA _____

Birthdate:  10/10/52 ___   SS #  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   Sex:  MALE   Race:  white ___          Nationalit  USA ___

**Defense Counsel if known:**          Roger Witkin, Esq. _____          Address  6 Beacon St., Boston, MA _____

Bar Number   _____

### U.S. Attorney Information:

AUSA   Robert L. Peabody, _____          Bar Number if applicable   551936 _____

**Interpreter:**     ☐ Yes     X No          List language and/or dialect:   _____

**Matter to be SEALED:**          Yes   ▉▉▉▉▉

          Warrant Requested          X☐  Regular Process          In Custody

### Location Status:

Arrest Date          5/1/04 _____

          Already in Federal Custody as of   _____   in   _____
☐ Already in State Custody at _____   ☐ Serving Sentence          ☐ Awaiting Trial
X  On Pretrial Release:   Ordered by:   Mag. Judge Swartwood _____   on   _____

**Charging Document:**          Complaint          ☐ Information          X Indictment

**Total # of Counts:**     ☐ Petty ————          ☐ Misdemeanor ————          ☐ X Felony——1—

Continue on Page 2 for Entry of U.S.C. Citations

**I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.**

Date:   10/6/04 _____          Signature of AUSA:   _Robert L. Peabody_

JS 45 (5/97)  (Revised U.S.D.C. MA 2/7/02) Page 2 of 2 or Reverse

**District Court Case Number**   (To be filled in by deputy clerk): _____

**Name of Defendant**    HOWARD GREENBERG _____

## U.S.C. Citations

| | **Index Key/Code** | **Description of Offense Charged** | **Count Numbers** |
|---|---|---|---|
| Set 1 | 21 USC 846 | CONSPIRACY DISTRIBUTE COCAINE | 1 |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:** _____

_____

_____

_____

JS 45 (5/97) - (Revised U.S.D.C. MA 2/7/02)

**Criminal Case Cover Sheet**                     **U.S. District Court - District of Massachusetts**

**Place of Offense:**           **Category No.** __II__          **Investigating Agency** __DEA__

**City** __Lynn__                **Related Case Information:**

**County** __Essex__            Superseding Ind./ Inf.    __X__              Case No.   __04-10299 PBS__
                               Same Defendant _____    New Defendant __x__
                               Magistrate Judge Case Number _____ ▬▬▬▬▬▬
                               Search Warrant Case Number   __04-M-1720 to 1730__
                               R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name   __CARLOS   COLON-RIVERA__          Juvenile:        ☐ Yes    X No

Alias Name       __TIGUERON__

Address          __58 CAMPBELL ST , NEW BEDFORD, MA__

Birthdate: __8/27/64__   SS # __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__  Sex: __MALE__  Race: __Hispanic__   Nationality: __CostaRican__

**Defense Counsel if known:**      John E. Wall, Esq.         Address  Boston, MA

Bar Number

**U.S. Attorney Information:**

AUSA   __Robert L. Peabody,__              Bar Number if applicable   __551936__

**Interpreter:**    X  Yes       No        List language and/or dialect:       Spanish

**Matter to be SEALED:**      Yes  ▬▬▬▬▬▬

        Warrant Requested          X  Regular Process          In Custody

**Location Status:**

Arrest Date  _____

    Already in Federal Custody as of  _____  in  _____
☐  Already in State Custody at _____  ☐ Serving Sentence    ☐ Awaiting Trial
X  On Pretrial Release:   Ordered by:  __Mag. Judge Swartwood__  on  _____

**Charging Document:**     Complaint       ☐ Information      X  Indictment

**Total # of Counts:**   ☐ Petty ——————  ☐ Misdemeanor ——————  ☐X Felony —1—

Continue on Page 2 for Entry of U.S.C. Citations

**I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are
accurately set forth above.**

Date: __10/6/04__        Signature of AUSA:   _Robert Peabody_

JS 45 (5/97)  (Revised U.S.D.C. MA 2/7/02) Page 2 of 2 or Reverse

**District Court Case Number**  (To be filled in by deputy clerk): _____

**Name of Defendant**    CARLOS  COLON-RIVERA _____

### U.S.C. Citations

| __Index Key/Code__ | __Description of Offense Charged__ | __Count Numbers__ |
|---|---|---|
| Set 1   21 USC 846 | CONSPIRACY DISTRIBUTE COCAINE | 1 |
| Set 2 | | |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:** _____

js-45-colon.wpd - 2/7/02

JS 45 (5/97) - (Revised U.S.D.C. MA 2/7/02)

**Criminal Case Cover Sheet**                    **U.S. District Court - District of Massachusetts**

**Place of Offense:**          **Category No.** ⅠⅠ_____     **Investigating Agency**  DEA_____

**City**   Lynn_____     **Related Case Information:**

**County**   Essex_____     Superseding Ind./ Inf.   X_____     Case No.   04-10299 PBS_____
                                     Same Defendant _____   New Defendant  x_____
                                     Magistrate Judge Case Number ████████
                                     Search Warrant Case Number   04-M-1720 to 1730_____
                                     R 20/R 40 from District of  _____

**Defendant Information:**

Defendant Name   ROGELIO GARCIA_____     Juvenile:       ☐ Yes     X No

Alias Name     LACUILLA_____

Address      85 WALNUT AVE., REVERE, MA_____

Birthdate:  7/15/80____   SS #  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___ Sex:  MALE  Race:  Hispanic_____   Nationalit  USA_____

**Defense Counsel if known:**      James H. Budreau, Esq._____     Address  20 Park Plaza, Boston, MA_____

Bar Number   _____     _____

**U.S. Attorney Information:**

AUSA   Robert L. Peabody._____     Bar Number if applicable   551936_____

**Interpreter:**      ☐ Yes     X No          List language and/or dialect:   _____

**Matter to be SEALED:**          Yes    ████████

        Warrant Requested          X☐  Regular Process          In Custody

**Location Status:**

Arrest Date     _____

    Already in Federal Custody as of  _____ in  _____.
☐ Already in State Custody at ——————————— ☐ Serving Sentence   ☐ Awaiting Trial
X On Pretrial Release:   Ordered by:   Mag. Judge Swartwood_____   on  _____

**Charging Document:**      Complaint     ☐ Information     X Indictment

**Total # of Counts:**     ☐ Petty _____   ☐ Misdemeanor _____   ☐ X Felony —1—

Continue on Page 2 for Entry of U.S.C. Citations

I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are
accurately set forth above.

Date:  10/6/04_____     Signature of AUSA:   _Robert L. Peabody_

JS 45 (5/97)  (Revised U.S.D.C. MA 2/7/02) Page 2 of 2 or Reverse

**District Court Case Number**   (To be filled in by deputy clerk):  _____

**Name of Defendant**    ROGELIO GARCIA  _____

### U.S.C. Citations

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1   21 USC 846 | CONSPIRACY DISTRIBUTE COCAINE | 1 |
| Set 2 | | |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:**  _____

_____

_____

_____

js-45-garcia.wpd - 2/7/02

Y❧JS 45  (5/97) - (Revised U.S.D.C. MA 2/7/02)

| **Criminal Case Cover Sheet** | **U.S. District Court - District of Massachusetts** |

**Place of Offense:**         **Category No.**  II_____    **Investigating Agency**   DEA_____

**City**   Lynn_____         **Related Case Information:**

**County**   Essex_____

Superseding Ind./ Inf.   X_____    **Case No.**   04-10299 PBS_____
Same Defendant _____    New Defendant  x_____
Magistrate Judge Case Number   ~~04-M-1685-CBS~~
Search Warrant Case Number    04-M-1720-to -1730_____
R 20/R 40 from District of    _____

**Defendant Information:**

Defendant Name    JAVIER ANGEL ROMERO_____    Juvenile:    ☐ Yes    X No

Alias Name    RAMON ACOSTA_____

Address    4 SHERMAN STREET, LYNN, MA_____

Birthdate:  3/15/64____  SS #  000 00 0172___  Sex:  MALE___  Race:  Hispanic_____    Nationalit  Dominican_____

**Defense Counsel if known:**    Raymond Buso, Esq._____    Address  15 Church St., Salem , MA_____

Bar Number    _____         _____

**U.S. Attorney Information:**

AUSA    Robert L. Peabody,_____    Bar Number if applicable    551936_____

**Interpreter:**    X Yes    No    List language and/or dialect:    Spanish_____

**Matter to be SEALED:**    Yes    ~~No~~

         Warrant Requested    ☐ Regular Process    X In Custody

**Location Status:**

Arrest Date    5/1/04_____

X Already in Federal Custody as of    _____  in   Wyatt Detention, Central Falls, RI___ .
☐ Already in State Custody at _____  ☐ Serving Sentence    ☐ Awaiting Trial
☐ On Pretrial Release:    Ordered by: _____  on _____

**Charging Document:**    Complaint    ☐ Information    X Indictment

**Total # of Counts:**    ☐ Petty _____  ☐ Misdemeanor _____  X Felony ——1——

Continue on Page 2 for Entry of U.S.C. Citations

I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are
accurately set forth above.

Date:  10/6/04_____    Signature of AUSA:    *Robert L. Peabody*

JS 45 (5/97)  (Revised U.S.D.C. MA 2/7/02) Page 2 of 2 or Reverse

**District Court Case Number**   (To be filled in by deputy clerk): _____

**Name of Defendant**   JAVIER ANGEL ROMERO   AKA RAMON ACOSTA _____

### U.S.C. Citations

| | __Index Key/Code__ | __Description of Offense Charged__ | __Count Numbers__ |
|---|---|---|---|
| Set 1 | 21 USC 846 | CONSPIRACY DISTRIBUTE COCAINE | 1 |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:** _____

_____

_____

_____

js-45-acosta.wpd - 2/7/02

JS 45 (5/97) - (Revised U.S.D.C. MA 2/7/02)

**Criminal Case Cover Sheet**                    **U.S. District Court - District of Massachusetts**

**Place of Offense:**              **Category No.** II          **Investigating Agency** DEA

**City** Lynn                    **Related Case Information:**

**County** Essex                  Superseding Ind./ Inf.   X          Case No.   04-10299 PBS
                                  Same Defendant                   New Defendant  x
                                  Magistrate Judge Case Number
                                  Search Warrant Case Number   04-M-1720 to 1730
                                  R 20/R 40 from District of

**Defendant Information:**

Defendant Name   CRISTIAN GERMOSEN              Juvenile:      ☐ Yes    X No

Alias Name

Address          27 WARREN ST, NEWBURYPORT, MA

Birthdate: 3/22/78    SS # 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   Sex: MALE  Race: Hispanic        Nationalit  Dominican

**Defense Counsel if known:**    Michael Hickey, Esq.        Address  15 Church St., Salem, MA

Bar Number

**U.S. Attorney Information:**

AUSA   Robert L. Peabody,                  Bar Number if applicable    551936

**Interpreter:**    X  Yes    No          List language and/or dialect:        Spanish

**Matter to be SEALED:**        Yes ▬▬▬▬

          Warrant Requested        ☐ Regular Process        x  In Custody

**Location Status:**

Arrest Date       5/1/04

x  Already in Federal Custody as of _____ in   Wyatt Detention, Central Falls, RI  .
☐  Already in State Custody at _____ ☐ Serving Sentence    ☐ Awaiting Trial
    On Pretrial Release:   Ordered by: _____ on  _____

**Charging Document:**      Complaint      ☐ Information        X  Indictment

**Total # of Counts:**    ☐ Petty ———  ☐ Misdemeanor ———  ☐X Felony —— 1

Continue on Page 2 for Entry of U.S.C. Citations

**I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.**

Date:   10/6/04        Signature of AUSA:   Robert L. Peabody.

JS 45 (5/97) (Revised U.S.D.C. MA 2/7/02) Page 2 of 2 or Reverse

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant**    CRISTIAN GERMOSEN

<b>U.S.C. Citations</b>

| <u>Index Key/Code</u> | <u>Description of Offense Charged</u> | <u>Count Numbers</u> |
|---|---|---|
| Set 1  21 USC 846 | CONSPIRACY DISTRIBUTE COCAINE | 1 |
| Set 2 | | |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:** _____

_____

_____

_____

js-45-germosen.wpd - 2/7/02

JS 45 (5/97) - (Revised U.S.D.C. MA 2/7/02)

## Criminal Case Cover Sheet                    U.S. District Court - District of Massachusetts

**Place of Offense:**          Category No.  II          **Investigating Agency**  DEA

**City**  Lynn                    **Related Case Information:**

**County**  Essex                    Superseding Ind./ Inf.  X          Case No.  04-10299 PBS
                                     Same Defendant          New Defendant  x
                                     Magistrate Judge Case Number  ▓▓▓▓▓▓▓
                                     Search Warrant Case Number  04-M-1720 to 1730
                                     R 20/R 40 from District of  _____

### Defendant Information:

Defendant Name  JUAN MARTINEZ                    Juvenile:     ☐ Yes     X No

Alias Name  MARCELINO CUEVAS  AKA CHON

Address  22 PARK STREET, LYNN MA

Birthdate: 5/21/68    SS # 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  Sex: MALE  Race: Hispanic          Nationalit  Mexican

**Defense Counsel if known:**                    Address

Bar Number

### U.S. Attorney Information:

AUSA  Robert L. Peabody.                    Bar Number if applicable

**Interpreter:**     X Yes     No          List language and/or dialect:     Spanish

**Matter to be SEALED:**     Yes  ▓▓▓▓▓▓

          Warrant Requested          ☐ Regular Process          In Custody

### Location Status:

Arrest Date     FUGITIVE

   Already in Federal Custody as of  _____  in  _____  .
☐ Already in State Custody at  ———————  ☐ Serving Sentence     ☐ Awaiting Trial
☐ On Pretrial Release:   Ordered by:  _____  on  _____

**Charging Document:**     Complaint     ☐ Information     X Indictment

**Total # of Counts:**     ☐ Petty  ———  ☐ Misdemeanor  ———  ☐ X Felony  —t—

Continue on Page 2 for Entry of U.S.C. Citations

**I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.**

Date:  10/6/04          Signature of AUSA:  _Robert L. Peabody_

JS 45 (5/97)  (Revised U.S.D.C. MA 2/7/02) Page 2 of 2 or Reverse

**District Court Case Number**  (To be filled in by deputy clerk):  _____

**Name of Defendant**    JUAN MARTINEZ _____

### U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 21 USC 846 | CONSPIRACY DISTRIBUTE COCAINE | 1 |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:** _____

_____

_____

_____

JS 45 (5/97) - (Revised U.S.D.C. MA 2/7/02)

**Criminal Case Cover Sheet**　　　　　　　　　　**U.S. District Court - District of Massachusetts**

**Place of Offense:**　　　　　Category No.　II　　　　　**Investigating Agency**　　DEA

**City**　Lynn　　　　　　　　**Related Case Information:**

**County**　Essex　　　　　　Superseding Ind./ Inf.　X　　　　　Case No.　04-10299 PBS
　　　　　　　　　　　　Same Defendant　　　　　　New Defendant　x
　　　　　　　　　　　　Magistrate Judge Case Number　~~04-M-1685-CBS~~
　　　　　　　　　　　　Search Warrant Case Number　04 M-1720 to 1730
　　　　　　　　　　　　R 20/R 40 from District of

**Defendant Information:**

Defendant Name　GERARDO VASSEUR ORTIZ　　　　　Juvenile:　　☐ Yes　X No

Alias Name　SCARFACE

Address

Birthdate:　6/23/72　　SS #　000 00　　Sex:　MALE　Race:　Hispanic　　　Nationalit　Dominican

**Defense Counsel if known:**　　Richard M. Welch, Esq.　　　Address　80 Worcester St., No. Grafton, MA

Bar Number

**U.S. Attorney Information:**

AUSA　Robert L. Peabody.　　　　　　　　Bar Number if applicable　551936

**Interpreter:**　　X Yes　　　No　　　List language and/or dialect:　　　Spanish

**Matter to be SEALED:**　　　Yes　X ▓▓▓▓

　　　Warrant Requested　　　　☐ Regular Process　　　X In Custody

**Location Status:**

Arrest Date　　5/1/04

X Already in Federal Custody as of　　　　　　in　　Wyatt Detention, Central Falls, RI　.
☐ Already in State Custody at　　　　　　　☐ Serving Sentence　　☐ Awaiting Trial
☐ On Pretrial Release:　Ordered by:　　　　　　on

**Charging Document:**　　　Complaint　　☐ Information　　X Indictment

**Total # of Counts:**　　☐ Petty ——　☐ Misdemeanor ——　X☐ Felony —1—

Continue on Page 2 for Entry of U.S.C. Citations

**I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.**

Date:　10/6/04　　　　Signature of AUSA:　_Robert L. Peabody_.

JS 45 (5/97) (Revised U.S.D.C. MA 2/7/02) Page 2 of 2 or Reverse

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant**     GERARDO VASSEUR ORTIZ

### U.S.C. Citations

| __Index Key/Code__ | __Description of Offense Charged__ | __Count Numbers__ |
|---|---|---|
| Set 1   21 USC 846 | CONSPIRACY DISTRIBUTE COCAINE | 1 |
| Set 2 | | |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:** _____

_____

_____

_____

js-45-ORTIZ.wpd - 2/7/02

JS 45 (5/97) - (Revised U.S.D.C. MA 2/7/02)

## Criminal Case Cover Sheet                                    U.S. District Court - District of Massachusetts

**Place of Offense:**          Category No.  II          Investigating Agency   DEA

**City**   Lynn                          **Related Case Information:**

**County**   Essex                       Superseding Ind./ Inf.   X          Case No.   04-10299 PBS
                                         Same Defendant                    New Defendant  x
                                         Magistrate Judge Case Number
                                         Search Warrant Case Number    04-M-1720-to-1730
                                         R 20/R 40 from District of

**Defendant Information:**

Defendant Name    PHILLIP ASARO                          Juvenile:      ☐ Yes     X  No

Alias Name

Address    238 SCHOOL STREET, SOMERVILLE, MA

Birthdate:  8/22/73     SS #  000 00 5581   Sex:  MALE  Race:  White          Nationalit  USA

**Defense Counsel if known:**          Kirk Y. Griffin, Esq.          Address  50 Staniford St., Boston,

Bar Number

**U.S. Attorney Information:**

AUSA    Robert L. Peabody.                          Bar Number if applicable    551936

**Interpreter:**      ☐ Yes     X  No          List language and/or dialect:

**Matter to be SEALED:**          Yes  ~~No~~

        Warrant Requested          X  Regular Process          In Custody

**Location Status:**

Arrest Date        5/1/04

    Already in Federal Custody as of                    in
☐ Already in State Custody at ———————   ☐ Serving Sentence     ☐ Awaiting Trial
X  On Pretrial Release:   Ordered by:   Mag. Judge Swartwood   on

**Charging Document:**          Complaint     ☐ Information     X  Indictment

**Total # of Counts:**     ☐ Petty ———   ☐ Misdemeanor ———   X  Felony ⊢————

Continue on Page 2 for Entry of U.S.C. Citations

I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are
accurately set forth above.

Date:  10/6/04          Signature of AUSA:  _Robert L. Peabody_

JS 45 (5/97) (Revised U.S.D.C. MA 2/7/02) Page 2 of 2 or Reverse

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant** ___PHILLIP ASARO_____

## U.S.C. Citations

| | __Index Key/Code__ | __Description of Offense Charged__ | __Count Numbers__ |
|---|---|---|---|
| Set 1 | 21 USC 846 | CONSPIRACY DISTRIBUTE COCAINE | 1 |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:** _____

_____

_____

_____

JS 45 (5/97) - (Revised U.S.D.C. MA 2/7/02)

## Criminal Case Cover Sheet                    U.S. District Court - District of Massachusetts

**Place of Offense:**            Category No.  II           Investigating Agency   DEA

**City**   Lynn                      **Related Case Information:**

**County**   Essex                   Superseding Ind./ Inf.   X            Case No.   04-10299 PBS
                                     Same Defendant                New Defendant
                                     Magistrate Judge Case Number      04-M-1685 CBS
                                     Search Warrant Case Number    04- M-1720 to 1730
                                     R 20/R 40 from District of

**Defendant Information:**

Defendant Name   SILVESTRE LIZARDI                Juvenile:      ☐ Yes    X No

Alias Name

Address        29 HARDY STREET, NEWBURYPORT, MA

Birthdate:  12/31/80    SS #  000 00 3844   Sex:  MALE   Race:  Hispanic         Nationalit   Mexican

**Defense Counsel if known:**      Michael R. Schneider, Esq.     Address  95 Commercial Wf. Boston, MA

Bar Number

**U.S. Attorney Information:**

AUSA   Robert L. Peabody,                  Bar Number if applicable   551936

**Interpreter:**      X  Yes     No          List language and/or dialect:        Spanish

**Matter to be SEALED:**        Yes    ~~No~~

        Warrant Requested          X  Regular Process          In Custody

**Location Status:**

Arrest Date        5/1/04

☐  Already in Federal Custody as of                    in

☐  Already in State Custody at             ☐ Serving Sentence    ☐ Awaiting Trial

X  On Pretrial Release:   Ordered by:   Mag. Judge Swartwood   on

**Charging Document:**      Complaint    ☐ Information      X  Indictment

**Total # of Counts:**    ☐ Petty         ☐ Misdemeanor         ☐  X Felony   1

Continue on Page 2 for Entry of U.S.C. Citations

**I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.**

Date:  10/6/04         Signature of AUSA:    _Robert L. Peabody_

JS 45 (5/97)  (Revised U.S.D.C. MA 2/7/02) Page 2 of 2 or Reverse

**District Court Case Number**  (To be filled in by deputy clerk): _____

**Name of Defendant**     SILVESTRE LIZARDI

### U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 21 USC 846 | CONSPIRACY DISTRIBUTE COCAINE | 1 |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:** _____

js-45-lizardi.wpd - 2/7/02

JS 45 (5/97) - (Revised U.S.D.C. MA 2/7/02)

**Criminal Case Cover Sheet**                    **U.S. District Court - District of Massachusetts**

**Place of Offense:**          Category No.  __II__          Investigating Agency  __DEA__

**City**  __Lynn__                    **Related Case Information:**

**County**  __Essex__              Superseding Ind./ Inf.  __X__          Case No.  __04-10299 PBS__
                                   Same Defendant  __x__          New Defendant  __x__
                                   Magistrate Judge Case Number  ▮▮▮▮▮▮▮
                                   Search Warrant Case Number  __04-M-1720 to 1730__
                                   R 20/R 40 from District of  _____

**Defendant Information:**

Defendant Name  __ROBERT V. RUSCIO__                    Juvenile:  ☐ Yes  X No

Alias Name  _____

Address  __286 NEWBURY ST., PEABODY, MA__

Birthdate:  __7/15/51__   SS #  __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__  Sex:  __MALE__  Race:  __White__       Nationalit  __USA__

**Defense Counsel if known:**     Edward L. Hayden, Esq.     Address  7 Franklin St., Lynn, MA

Bar Number  _____

**U.S. Attorney Information:**

AUSA  __Robert L. Peabody.__                    Bar Number if applicable  __551936__

**Interpreter:**  ☐ Yes  X No          List language and/or dialect:

**Matter to be SEALED:**          Yes  ▮▮▮▮▮▮

   \ Warrant Requested          X☐ Regular Process          In Custody

**Location Status:**

Arrest Date  _____

   Already in Federal Custody as of  _____  in  _____
☐ Already in State Custody at  _____  ☐ Serving Sentence      ☐ Awaiting Trial
X On Pretrial Release:  Ordered by:  __Mag. Judge Swartwood__  on  _____

**Charging Document:**     Complaint     ☐ Information          X Indictment

**Total # of Counts:**   ☐ Petty  _____  ☐ Misdemeanor  _____   X☐ Felony  __1__

Continue on Page 2 for Entry of U.S.C. Citations

**I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are
accurately set forth above.**

Date:  __10/6/04__          Signature of AUSA:  _Robert L. Peabody_

JS 45 (5/97) (Revised U.S.D.C. MA 2/7/02) Page 2 of 2 or Reverse

**District Court Case Number**  (To be filled in by deputy clerk): _____

**Name of Defendant**   ROBERT V. RUSCIO _____

### U.S.C. Citations

| | <u>Index Key/Code</u> | <u>Description of Offense Charged</u> | <u>Count Numbers</u> |
|---|---|---|---|
| Set 1 | 21 USC 846 | CONSPIRACY DISTRIBUTE COCAINE | 1 |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:** _____

JS 45 (5/97) - (Revised U.S.D.C. MA 2/7/02)

## Criminal Case Cover Sheet                           U.S. District Court - District of Massachusetts

**Place of Offense:**           Category No.  **II**              Investigating Agency   **DEA**

**City**  Lynn                          **Related Case Information:**

**County**  Essex                       Superseding Ind./ Inf.   **X**              Case No.   04-10299 PBS
                                        Same Defendant _____  New Defendant  x
                                        Magistrate Judge Case Number ███████████████
                                        Search Warrant Case Number  04-M-1720 -to- 1730
                                        R 20/R 40 from District of  _____

**Defendant Information:**

Defendant Name   GIOVANNI AVILA                    Juvenile:      ☐ Yes     X  No

Alias Name   THE PAINTER

Address   892 WASHINGTON STREET APT., LYNN, MA

Birthdate:  4/25/62      SS #  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  Sex:  MALE  Race:  Hispanic          Nationalit  Costa Rican

**Defense Counsel if known:**     Michael F. Natola, Esq.        Address  Boston, MA

Bar Number

**U.S. Attorney Information:**

AUSA   Robert L. Peabody.                      Bar Number if applicable    551936

**Interpreter:**      X  Yes       No         List language and/or dialect:        Spanish

**Matter to be SEALED:**          Yes  ███████

        Warrant Requested        X  Regular Process            In Custody

**Location Status:**

Arrest Date        5/1/04

    Already in Federal Custody as of _____ in _____
☐ Already in State Custody at _____ ☐ Serving Sentence    ☐ Awaiting Trial
X On Pretrial Release:  Ordered by:   Mag. Judge Swartwood    on _____

**Charging Document:**      Complaint      ☐ Information        X  Indictment

**Total # of Counts:**   ☐ Petty _____   ☐ Misdemeanor _____  ☐X Felony —1—

Continue on Page 2 for Entry of U.S.C. Citations

I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are
accurately set forth above.

Date:  10/6/04          Signature of AUSA:   _Robert L. Peabody_

**District Court Case Number**   (To be filled in by deputy clerk): _____

**Name of Defendant**    GIOVANNI AVILA _____

### U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 21 USC 846 | CONSPIRACY DISTRIBUTE COCAINE | 1 |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:** _____

_____

_____

_____

JS 45 (5/97) - (Revised U.S.D.C. MA 2/7/02)

**Criminal Case Cover Sheet**                          **U.S. District Court - District of Massachusetts**

**Place of Offense:**                    **Category No.**  II            **Investigating Agency**   DEA

**City**   Lynn                          **Related Case Information:**

**County**   Essex                       Superseding Ind./ Inf.   X            Case No.   04-10299 PBS
                                         Same Defendant                     New Defendant  x
                                         Magistrate Judge Case Number      04-M-1685 CBS
                                         Search Warrant Case Number        04-M-1720  to  1730
                                         R 20/R 40 from District of

**Defendant Information:**

**Defendant Name**   GILBERTO ZAYAS                   Juvenile:    ☐ Yes    X No

**Alias Name**    Tony

**Address**    39 FAYETTE STREET, APT #1, LYNN, MA 01902-2346

**Birthdate:**  08/05/73     **SS #**  583415419   **Sex:**  MALE  **Race:**  Hispanic       **Nationalit**  Dominican

**Defense Counsel if known:**    Raymond E. Gillespie, Esq.    **Address**  875 Mass. Ave., Cambridge, MA

**Bar Number**

**U.S. Attorney Information:**

**AUSA**   Robert L. Peabody.              **Bar Number if applicable**    551936

**Interpreter:**    X Yes      No       List language and/or dialect:      Spanish

**Matter to be SEALED:**        Yes ▓▓▓▓▓▓▓

          Warrant Requested        ☐ Regular Process        x In Custody

**Location Status:**

**Arrest Date**       5/1/04

x  Already in Federal Custody as of _____ in   Wyatt Detention, Central Falls, RI   .
☐  Already in State Custody at _____  ☐ Serving Sentence    ☐ Awaiting Trial
☐  On Pretrial Release:  Ordered by: _____   on _____

**Charging Document:**      Complaint       ☐ Information       X Indictment

**Total # of Counts:**   ☐ Petty ——— ☐ Misdemeanor ———  ☐X Felony —— 1

Continue on Page 2 for Entry of U.S.C. Citations

**I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.**

Date:   10/0/04        Signature of AUSA:    _Robert L. Peabody._

JS 45 (5/97)  (Revised U.S.D.C. MA 2/7/02) Page 2 of 2 or Reverse

**District Court Case Number**  (To be filled in by deputy clerk): _____

**Name of Defendant**    GILBERTO ZAYAS, aka Tony _____

## U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 21 USC 846 | CONSPIRACY DISTRIBUTE COCAINE | 1 |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:** _____

js-45-zayas.wpd - 2/7/02

JS 45 (5/97) - (Revised U.S.D.C. MA 2/7/02)

| **Criminal Case Cover Sheet** | **U.S. District Court - District of Massachusetts** |

**Place of Offense:**          **Category No.** II _____     **Investigating Agency** DEA _____

**City** Lynn _____     **Related Case Information:**

**County** Essex _____     Superseding Ind./ Inf. __X_____     Case No. 04-10299 PBS _____
                                     Same Defendant _____ New Defendant x _____
                                     Magistrate Judge Case Number ~~04-M-1685 CBS~~ _____
                                     Search Warrant Case Number 04-M-1720 to 1730 _____
                                     R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name    LUIS DEJESUS _____     Juvenile:    ☐ Yes    X No

Alias Name    Edgardo _____

Address    107 MARIANNA STREET, APT. #1, LYNN, MA _____

Birthdate: 11/01/66 ___ SS # 583312821 ___ Sex: MALE Race: Hispanic _____ Nationalit Dominican ____

**Defense Counsel if known:**    John W. Laymon, Esq. _____     Address 40 Court St., Boston, MA _____

Bar Number    _____                        _____

**U.S. Attorney Information:**

AUSA    Robert L. Peabody, _____     Bar Number if applicable    551936 _____

**Interpreter:**    X Yes    No          List language and/or dialect:          Spanish _____

**Matter to be SEALED:**    Yes ~~X No~~

        Warrant Requested    ☐ Regular Process          X In Custody

**Location Status:**

Arrest Date    5/1/04 _____

X Already in Federal Custody as of _____ in Wyatt Detention, Central Falls, RI .
☐ Already in State Custody at _____ ☐ Serving Sentence    ☐ Awaiting Trial
☐ On Pretrial Release:    Ordered by: _____ on _____

**Charging Document:**    Complaint    ☐ Information          X Indictment

**Total # of Counts:**    ☐ Petty    ☐ Misdemeanor    ☐X Felony    1

Continue on Page 2 for Entry of U.S.C. Citations

**I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.**

Date: 10/6/04 _____    Signature of AUSA: _Robert L. Peabody_

**District Court Case Number**  (To be filled in by deputy clerk): _____

**Name of Defendant**    LUIS DEJESUS, aka Edgardo _____

**U.S.C. Citations**

| | **Index Key/Code** | **Description of Offense Charged** | **Count Numbers** |
|---|---|---|---|
| Set 1 | 21 USC 846 | CONSPIRACY DISTRIBUTE COCAINE | 1 |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:** _____

_____

_____

_____

Y⊗JS 45 (5/97) - (Revised U.S.D.C. MA 2/7/02)

| **Criminal Case Cover Sheet** | **U.S. District Court - District of Massachusetts** |
|---|---|

**Place of Offense:**      Category No. __II__      **Investigating Agency** __DEA__

**City** __Lynn__      **Related Case Information:**

**County** __Essex__      Superseding Ind./ Inf. __X__    Case No. __04-10299 PBS__
Same Defendant _____ New Defendant _x_
Magistrate Judge Case Number __04-M▓▓▓▓▓▓__
Search Warrant Case Number __04- M 1720 to 1730__
R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name __BENITO GRULLON__      Juvenile:   ☐ Yes   X No

Alias Name _____

Address _____

Birthdate: _____ SS # _____ Sex: __MALE__ Race: __Hispanic__   Nationalit __Dominican__

**Defense Counsel if known:**   Ron Ian Segal, Esq..      Address __23 Central Ave., Lynn, MA__

Bar Number _____

**U.S. Attorney Information:**

AUSA __Robert L. Peabody.__      Bar Number if applicable __551936__

**Interpreter:**   X Yes    No      List language and/or dialect:    __Spanish__

**Matter to be SEALED:**    Yes   ▓▓▓▓▓

     Warrant Requested      X Regular Process      In Custody

**Location Status:**

Arrest Date    __5/1/04__

X Already in Federal Custody as of _____ in _____
☐ Already in State Custody at ───────── ☐ Serving Sentence    ☐ Awaiting Trial
X On Pretrial Release:   Ordered by: _____ on _____

**Charging Document:**    Complaint    ☐ Information      X Indictment

**Total # of Counts:**    ☐ Petty ───── ☐ Misdemeanor ───── X Felony ──1──

Continue on Page 2 for Entry of U.S.C. Citations

**I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.**

Date: __10/6/04__      Signature of AUSA: _Robert L. Peabody_

JS 45 (5/97)  (Revised U.S.D.C. MA 2/7/02) Page 2 of 2 or Reverse

**District Court Case Number**   (To be filled in by deputy clerk): _____

**Name of Defendant**    BENITO GRULLON _____

**U.S.C. Citations**

| | **Index Key/Code** | **Description of Offense Charged** | **Count Numbers** |
|---|---|---|---|
| Set 1 | 21 USC 846 | CONSPIRACY DISTRIBUTE COCAINE | 1 |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:** _____

_____

_____

_____