AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

District of ___Massachusetts___

*filed in open court 11/1/04*

## APPEARANCE

CASE NUMBER: CR 04-10299-PBS

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for ___Andres Martinez___

I certify that I am admitted to practice in this court.

___11-1-04___
Date

Signature: *[signed]*

___JOHN CICILLINE___
Print Name                                Bar Number

___387 ATWELLS AVE___
Address

___PROVIDENCE  R.I  02909___
City            State          Zip Code

___401-273-5600___
Phone Number                              Fax Number
                                          401-454-5600