# Victor J. Beretta, Jr., Esq.
### Attorney at Law

381 ATWELLS AVENUE
PROVIDENCE, RHODE ISLAND 02909

BUSINESS: 401 273•5600     FAX: 401 454•5600

January 11, 2005

U.S. District Court
Court Clerk Shelia A. Diskes,
John Joseph Moakley Courthouse
1 Courthouse Way
Boston, MA 02210

Dear Ms. Diskes,

Please be advised that Jose Rosales is presently prepared to enter a change of plea to indictment No.: 04-10299 PBS.

Sincerely,

Victor J. Beretta, Esquire

VJC/rg

cc:   Neil J. Gallagher, Jr., Esquire
      Assistant United States Attorney