# JOHN F. CICILLINE
Attorney at Law

---

Dante State Bank Building • 381 Atwells Avenue • Providence, RI 02909
Telephone 401-273-5600 • Fax 401-454-5600

January 25, 2005

Sheila A. Diskes, Courtroom Clerk
John Joseph Moakley Courthouse
1 Courthouse Way
Boston, MA 02210

Dear Ms. Diskes,

Andres Martinez is no longer prepared to plead to indictment No.04-10299 (PBS). I, therefore request that the scheduled Rule 11 hearing be cancelled.

I am truly sorry for any inconvenience that I may have occasioned.

Sincerely,

John F. Cicilline, Esquire

JFC/rg

Cc: Neil J. Gallagher, Jr., A.U.S.A.