

**U.S. Department of Justice**

*Michael J. Sullivan*
*United States Attorney*
*District of Massachusetts*

---

*Main Reception: (617) 748-3100*   *John Joseph Moakley United States Courthouse*
*1 Courthouse Way*
*Suite 9200*
*Boston, Massachusetts  02210*

February 16, 2005

All Counsel of Record

    Re:    *United States vs. Luz Luciano et al.,* 04-10299-PBS

Dear Counsel:

    Within the next several days, each of you should receive the attached letter and the enclosures detailed in the letter regarding discovery.  If you have any questions about this letter, please do not hesitate to call.

    Very truly yours,

    MICHAEL J. SULLIVAN
    United States Attorney

    /s/ Neil Gallagher
    Neil J. Gallagher, Jr.
    Assistant United States Attorney
    (617) 748-3397

Encl.