JS 45 (5/97) - (Revised U.S.D.C. MA 2/7/02)

4

| **Criminal Case Cover Sheet** | **U.S. District Court - District of Massachusetts** |
|---|---|

**Place of Offense:**     **Category No.** __II__     **Investigating Agency** __DEA__

**City** __Lynn__

**County** __Essex__

**Related Case Information:**

Superseding Ind./ Inf. __X__    Case No. __04-10299 PBS__
Same Defendant __x__    New Defendant _____
Magistrate Judge Case Number __M 04-1732- CBS__
Search Warrant Case Number __04 M 1720- to 1730, 04-M 1738__
R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name __RICARDO MANUEL ESTRADA__    Juvenile:    ☐ Yes    X No

Alias Name _____

Address _____

Birthdate: _____ SS # _____ Sex: __MALE__ Race: __Hispanic__ Nationalit __Mexican__

**Defense Counsel if known:**    Eliot Weinstein, Esq.    Address __228 Lewis Wharf__

Bar Number _____    __617-367-9334__

**U.S. Attorney Information:**

AUSA __Neil Gallagher__    Bar Number if applicable _____

**Interpreter:**    X Yes    No    List language and/or dialect: __Spanish__

**Matter to be SEALED:**    Yes   X   No

    Warrant Requested    ☐ Regular Process    X In Custody

**Location Status:**

Arrest Date _____

X Already in Federal Custody as of _____    __Wyatt Detention, Central Falls, RI__
☐ Already in State Custody at _____ ☐ Serving Sentence    ☐ Awaiting Trial
☐ On Pretrial Release:   Ordered by: _____ on _____

**Charging Document:**    Complaint    ☐ Information    X Indictment

**Total # of Counts:**    ☐ Petty _____ ☐ Misdemeanor _____ X Felony __2__

Continue on Page 2 for Entry of U.S.C. Citations

**I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.**

Date: __3/23/05__    Signature of AUSA: _____

**District Court Case Number**  (To be filled in by deputy clerk): _____

**Name of Defendant**    RICARDO MANUEL ESTRADA _____

### U.S.C. Citations

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1  21 USC 846 | CONSPIRACY DISTRIBUTE COCAINE | 1 |
| Set 2  21 USC 841 | POSS. WITH INTENT DIST. 5K OF COCAINE | 9 |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:** _____

_____

_____

_____

js-45-lestradawpd.wpd - 2/7/02

JS 45  (5/97) - (Revised U.S.D.C. MA 2/7/02)

## Criminal Case Cover Sheet

### U.S. District Court - District of Massachusetts

**Place of Offense:**                **Category No.** __II__            **Investigating Agency** __DEA__

**City** __Lynn__

**Related Case Information:**

**County** __Essex__

Superseding Ind./ Inf. __X__            Case No. __04-10299 PBS__
Same Defendant _____ New Defendant _____
Magistrate Judge Case Number __04-M-1685 CBS__
Search Warrant Case Number __04-M-1720-to-1730__
R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name __ANDRES MARTINEZ-ACEVEZ__        Juvenile:    ☐ Yes    X  No

Alias Name   "Samuel Linares"; "Castro Casimiro"; "Joel Zequeira"; "Zequeira"; "El Viejo"

Address _____

Birthdate: _____ SS # __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__ Sex: __MALE__ Race: __Hispanic__        Nationalit __Mexican__

**Defense Counsel if known:**    John Cicilline, Esq.        Address __381 Atwells Ave., Providence, RI__

Bar Number _____

**U.S. Attorney Information:**

AUSA __Neil Gallagher__            Bar Number if applicable _____

**Interpreter:**    X  Yes    No        List language and/or dialect:    __Spanish__

**Matter to be SEALED:**    Yes  X    No

      Warrant Requested        ☐ Regular Process        X  In Custody

**Location Status:**

Arrest Date    __5/1/2004__

X  Already in Federal Custody as of _____ in __Wyatt Detention, Central Falls, RI__ .
☐ Already in State Custody at _____ ☐ Serving Sentence    ☐ Awaiting Trial
☐ On Pretrial Release:   Ordered by: _____ on _____

**Charging Document:**    Complaint        ☐ Information        X  Indictment

**Total # of Counts:**    ☐ Petty _____    ☐ Misdemeanor _____    X  Felony __2__

Continue on Page 2 for Entry of U.S.C. Citations

**I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.**

Date:    ~~10/5/04~~  3/23/05 _____    Signature of AUSA: _____

JS 45 (5/97) (Revised U.S.D.C. MA 2/7/02) Page 2 of 2 or Reverse

**District Court Case Number**   (To be filled in by deputy clerk): _____

**Name of Defendant**   <u>ANDRES MARTINEZ-ACEVEZ, a/k/a "Samuel Linares"; "Castro Casimiro"; "Joel Zequeira";</u>
<u>"Zequeira"; "El Viejo"</u>

**U.S.C. Citations**

| <u>Index Key/Code</u> | <u>Description of Offense Charged</u> | <u>Count Numbers</u> |
|---|---|---|
| Set 1  <u>21 USC 846</u> | <u>CONSPIRACY DISTRIBUTE COCAINE</u> | <u>1</u> |
| Set 2  <u>21 USC 841</u> | <u>POSS. WITH INTENT DIST. 5K OF COCAINE</u> | <u>9</u> |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:** _____

_____

_____

_____

js-45-andres.wpd - 2/7/02

%JS 45 (5/97) - (Revised U.S.D.C. MA 2/7/02)

**Criminal Case Cover Sheet**                    **U.S. District Court - District of Massachusetts**

**Place of Offense:**                **Category No.**  _II_____        **Investigating Agency**  _DEA_____

**City**  _Lynn_____                  **Related Case Information:**

**County**  _Essex_____              Superseding Ind./ Inf.  _X_____        Case No.  _04-10299 PBS_
                                     Same Defendant  _x_____        New Defendant _____
                                     Magistrate Judge Case Number    _04-M-1685 CBS_____
                                     Search Warrant Case Number    _04-M-1720 to 1730_____
                                     R 20/R 40 from District of    _____

**Defendant Information:**

Defendant Name  _JOSE ROSALES_____        Juvenile:    ☐ Yes    X No

Alias Name  _TONY  AKA TONO  AKA JOEL AGOSTINI AKA JOSE ABREU_

Address  _88 NEWARK ST, LYNN MA_____

Birthdate: _5/10/76_    SS # _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_  Sex: _MALE_  Race: _Hispanic_____    Nationalit _Mexican_

**Defense Counsel if known:**        Raymond A. O'Hara, Esq.        Address _1 Exchange Place., Worcester, MA_

Bar Number    _____        _____

**U.S. Attorney Information:**

AUSA  _,_____        Bar Number if applicable    _____

**Interpreter:**    X  Yes    No        List language and/or dialect:        _Spanish_____

**Matter to be SEALED:**        Yes  X  No

    Warrant Requested        ☐ Regular Process        X  In Custody

**Location Status:**

Arrest Date    _5/1/04_____

X  Already in Federal Custody as of    _____  in   _Wyatt Detention, Central Falls, RI_  .
☐ Already in State Custody at ――――――――― ☐ Serving Sentence    ☐ Awaiting Trial
☐ On Pretrial Release:    Ordered by:    _____  on   _____

**Charging Document:**        Complaint    ☐ Information    X Indictment

**Total # of Counts:**    ☐ Petty ―――――    ☐ Misdemeanor ―――――    X☐ Felony ――― 4 ―――

Continue on Page 2 for Entry of U.S.C. Citations

**I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.**

Date:  _3/23/05_____        Signature of AUSA: _____

JS 45 (5/97) (Revised U.S.D.C. MA 2/7/02) Page 2 of 2 or Reverse

**District Court Case Number**   (To be filled in by deputy clerk): _____

**Name of Defendant**   <u>JOSE ROSALES, a/k/a "Tony"; "Tono"; "Joel Agostini"; "Jose Abreu"</u>

### U.S.C. Citations

| | **Index Key/Code** | **Description of Offense Charged** | **Count Numbers** |
|---|---|---|---|
| Set 1 | 21 USC 846 | CONSPIRACY DISTRIBUTE COCAINE | 1 |
| Set 2 | 21 USC 841 | DISTRIBUTION OF COCAINE | 3, 4, 5 |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:** _____

_____

_____

_____

js-45-rosales.wpd - 2/7/02

JS 45 (5/97) - (Revised U.S.D.C. MA 2/7/02)

## Criminal Case Cover Sheet                 U.S. District Court - District of Massachusetts

**Place of Offense:**          **Category No.**  II          **Investigating Agency**   DEA

**City**   Lynn                  **Related Case Information:**

**County**   Essex                Superseding Ind./ Inf.   X          Case No.   04-10299 PBS
                                  Same Defendant   x          New Defendant
                                  Magistrate Judge Case Number    04-M-1685 CBS
                                  Search Warrant Case Number    04-M-1720 to 1730
                                  R 20/R 40 from District of

### Defendant Information:

**Defendant Name**   VALENTIN MARTINEZ                 Juvenile:    ☐ Yes    X No

**Alias Name**   VALENTIN RIVERA AKA V AKA VALE

**Address**   108 JOHNSON STREET, LYNN, MA

**Birthdate:**  12/20/69   **SS #**  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   **Sex:**  MALE   **Race:**  Hispanic          **Nationalit**  Mexican

**Defense Counsel if known:**     Ronald Ian Segal, Esq.     **Address**  23 Central Ave., Lynn, MA

**Bar Number**

### U.S. Attorney Information:

**AUSA**   Neil Gallagher                 **Bar Number if applicable**

**Interpreter:**    X Yes    X No         List language and/or dialect:      Spanish

**Matter to be SEALED:**      Yes   X   No

     Warrant Requested        ☐ Regular Process        x In Custody

### Location Status:

Arrest Date        5/1/04

x  Already in Federal Custody as of                 in    Wyatt Detention, Central Falls, RI    .
☐  Already in State Custody at                ☐ Serving Sentence        ☐ Awaiting Trial
☐  On Pretrial Release:   Ordered by:                 on

**Charging Document:**       Complaint       ☐ Information       X Indictment

**Total # of Counts:**      ☐ Petty ———      ☐ Misdemeanor ———      X☐ Felony —— 3

Continue on Page 2 for Entry of U.S.C. Citations

**I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.**

Date:   3/23/05          Signature of AUSA:

JS 45 (5/97) (Revised U.S.D.C. MA 2/7/02) Page 2 of 2 or Reverse

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant**    VALENTIN MARTINEZ AKA VALENTIN RIVERA; V; VALE

### U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 21 USC 846 | CONSPIRACY DISTRIBUTE COCAINE | 1 |
| Set 2 | 21 USC 841 | DIST. OF 5K COCAINE | 6 |
| Set 3 | 18 USC 924 | POSS. OF FIREARM | 7 |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:** _____

js-45-valentin.wpd - 2/7/02

JS 45 (5/97) - (Revised USAO MA 6/29/04)

**Criminal Case Cover Sheet**                    **U.S. District Court - District of Massachusetts**

**Place of Offense:** _MA_          **Category No.** _____    **Investigating Agency** _DEA/MSP_

**City** _Lynn/Peabody_          **Related Case Information:**

**County** _Essex_          Superseding Ind./ Inf. __X__          **Case No.** _04-10299-PBS_
Same Defendant __x__          New Defendant _____
Magistrate Judge Case Number    _04-m-1685-CBS_
Search Warrant Case Number    _04-m-1720 to 1730_
R 20/R 40 from District of    _____

**Defendant Information:**

Defendant Name  _MANUEL GERMOSEN_          Juvenile    ☐ Yes    ☒ No

Alias Name   _Kelvin Madera, Manolo_

Address   _____

Birth date (Year only): _____  SSN (last 4 #): _____  Sex _M_ Race: _Hispanic_   Nationality: _Dom Rep_

**Defense Counsel if known:**    _Steven Judge_          **Address:** **23 Central Ave., #605**
                                                            **Lynn, MA 01902**
**Bar Number:**    _____

**U.S. Attorney Information:**

**AUSA** _Neil Gallagher_          **Bar Number if applicable** _____

**Interpreter:**    ☒ Yes  ☐ No          **List language and/or dialect:**    **Spanish**

**Matter to be SEALED:**    ☐ Yes  ☒ No

    ☐ **Warrant Requested**          ☐ **Regular Process**          ☐ **In Custody**

**Location Status:**

**Arrest Date:**    _____

☒ **Already in Federal Custody as** _May 1, 2005_          **in**   **Plymouth County**          .
☐ **Already in State Custody** _____    ☐ **Serving Sentence**  ☐ **Awaiting Trial**
☐ **On Pretrial Release:**   **Ordered by** _____    **on** _____

**Charging Document:**    ☐ **Complaint**    ☐ **Information**    ☒ **Indictment**

**Total # of Counts:**    ☐ **Petty** _____    ☐ **Misdemeanor** _____    ☒ **Felony** _1 count_

**Continue on Page 2 for Entry of U.S.C. Citations**

☒    I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

**Date:** 3/23/05          **Signature of AUSA:**

JS 45 (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant**    MANUEL GERMOSEN _____

## U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 21 U.S.C. Sec. 846 | Conspiracy to Distribute 5 Kg of Cocaine | Count One |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**

%JS 45 (5/97) - (Revised U.S.D.C. MA 2/7/02)

**Criminal Case Cover Sheet**                    **U.S. District Court - District of Massachusetts**

**Place of Offense:**              **Category No.** II            **Investigating Agency** DEA

**City** Lynn                      **Related Case Information:**

**County** Essex                   Superseding Ind./ Inf.   X              Case No.   04-10299 PBS
                                   Same Defendant    X            New Defendant
                                   Magistrate Judge Case Number    04-M-1685 CBS
                                   Search Warrant Case Number     04-M-1720 to 1730
                                   R 20/R 40 from District of

**Defendant Information:**

Defendant Name   ABDALLAH HAMDAN                    Juvenile:        ☐ Yes     X No

Alias Name

Address        10 ROOSEVELT ST METHUEN MA

Birthdate: 1/17/76     SS # 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  Sex: MALE  Race: Arabic          Nationalit Palestinian

**Defense Counsel if known:**      Melvin Norris, Esq.          Address  260 Boston Post Rd., Wayland, MA

Bar Number

**U.S. Attorney Information:**

AUSA   Neil Gallagher                        Bar Number if applicable

**Interpreter:**      ☐ Yes    X No        List language and/or dialect:

**Matter to be SEALED:**          Yes   X      No

       Warrant Requested          ☐ Regular Process        X  In Custody

**Location Status:**

Arrest Date        5/1/04

X  Already in Federal Custody as of                    in    Wyatt Detention, Central Falls, RI    .
☐ Already in State Custody at                    ☐ Serving Sentence        ☐ Awaiting Trial
☐ On Pretrial Release:   Ordered by:                    on

**Charging Document:**       Complaint       ☐ Information        X  Indictment

**Total # of Counts:**       ☐ Petty            ☐ Misdemeanor            ☐ X Felony       4

Continue on Page 2 for Entry of U.S.C. Citations

       I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are
       accurately set forth above.

Date:   3/23/05          Signature of AUSA:

JS 45 (5/97) (Revised U.S.D.C. MA 2/7/02) Page 2 of 2 or Reverse

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant**    ABDALLAH HAMDAN

**U.S.C. Citations**

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 21 USC 846 | CONSPIRACY DISTRIBUTE COCAINE | 1 |
| Set 2 | 21 USC 841 | DISTRIBUTION OF COCAINE | 3, 4, 5 |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:** _____

_____

_____

_____

js-45-hamdan.wpd - 2/7/02

JS 45 (5/97) - (Revised USAO MA 6/29/04)

**Criminal Case Cover Sheet** _____    **U.S. District Court - District of Massachusetts**

Place of Offense:  MA _____    Category No. _____    **Investigating Agency**  DEA/MSP _____

City   Lynn/Peabody _____    **Related Case Information:**

County   Essex _____    Superseding Ind./ Inf.    X _____    Case No.    04-10299-PBS
                            Same Defendant    x _____    New Defendant _____
                            Magistrate Judge Case Number    04-m-1685-CBS
                            Search Warrant Case Number    04-m-1720 to 1730
                            R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name  RICARDO MARTINEZ _____    Juvenile    ☐ Yes    ☒ No

Alias Name  Chorizo, Chon _____

Address _____

Birth date (Year only): _____  SSN (last 4 #): _____  Sex  M  Race:    Hispanic _____  Nationality:  Dom Rep _____

**Defense Counsel if known:** _____    **Address:** _____

**Bar Number:** _____

**U.S. Attorney Information:**

AUSA   Neil Gallagher _____    **Bar Number if applicable** _____

Interpreter:    ☒ Yes  ☐ No    List language and/or dialect:    Spanish _____

Matter to be SEALED:    ☐ Yes    ☒ No

☐ **Warrant Requested**    ☐ **Regular Process**    ☐ **In Custody**

**Location Status:**

**Arrest Date:** _____

☐ **Already in Federal Custody as** _____  in _____ .
☐ **Already in State Custody** _____    ☐ Serving Sentence    ☐ Awaiting Trial
☐ **On Pretrial Release:**    Ordered by _____  on _____

**Charging Document:**    ☐ Complaint    ☐ Information    ☒ Indictment

**Total # of Counts:**    ☐ Petty _____    ☐ Misdemeanor _____    ☒ Felony    1 count

**Continue on Page 2 for Entry of U.S.C. Citations**

☒    I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date:  3/23/05 _____    Signature of AUSA: _____

JS 45  (5/97) - (Revised USAO MA 3/25/02)  Page 2 of 2 or Reverse

**District Court Case Number  (To be filled in by deputy clerk):** _____

**Name of Defendant**    RICARDO MARTINEZ _____

**U.S.C. Citations**

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1  21 U.S.C. Sec. 846 | Conspiracy to Distribute 5 Kg of Cocaine | Count One |
| Set 2 | | |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:**

JS 45 (5/97) - (Revised USAO MA 6/29/04)

**Criminal Case Cover Sheet**                    **U.S. District Court - District of Massachusetts**

Place of Offense: __MA_____    Category No. _____    Investigating Agency __DEA/MSP_____

City __Lynn/Peabody_____    **Related Case Information:**

County __Essex_____    Superseding Ind./ Inf. __X_____    Case No. __04-10299-PBS__
                            Same Defendant __x_____    New Defendant _____
                            Magistrate Judge Case Number __04-m-1685-CBS__
                            Search Warrant Case Number __04-m-1720 to 1730__
                            R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name __HOWARD GREENBERG_____    Juvenile    ☐ Yes    ☒ No

Alias Name _____

Address _____

Birth date (Year only): _____ SSN (last 4 #): _____ Sex __M__ Race: __Caucasian__ Nationality: __US__

**Defense Counsel if known:** __Roger Witkin_____    Address: __6 Beacon Street, Ste 1010__
                                                                  __Boston, MA 02108__

**Bar Number:** _____

**U.S. Attorney Information:**

AUSA __Neil Gallagher_____    Bar Number if applicable _____

Interpreter:    ☐ Yes    ☐ No    List language and/or dialect:    __Spanish_____

Matter to be SEALED:    ☐ Yes    ☒ No

    ☐ Warrant Requested    ☐ Regular Process    ☐ In Custody

**Location Status:**

**Arrest Date:** _____

☐ Already in Federal Custody as _____ in _____ .
☐ Already in State Custody _____ ☐ Serving Sentence ☐ Awaiting Trial
☒ On Pretrial Release:    Ordered by __MJ Swartwood__ on __May 2004__

**Charging Document:**    ☐ Complaint    ☐ Information    ☒ Indictment

**Total # of Counts:**    ☐ Petty _____ ☐ Misdemeanor _____ ☒ Felony __1 count__

**Continue on Page 2 for Entry of U.S.C. Citations**

☒    I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are
      accurately set forth above.

Date: _3/23/c5_____    Signature of AUSA: _____

JS 45  (5/97) - (Revised USAO MA 3/25/02)  Page 2 of 2 or Reverse

**District Court Case Number  (To be filled in by deputy clerk):** _____

**Name of Defendant**    __HOWARD GREENBERG_____

## U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 21 U.S.C. Sec. 846 | Conspiracy to Distribute 5 Kg of Cocaine | Count One |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**

JS 45 (5/97) - (Revised USAO MA 6/29/04)

**Criminal Case Cover Sheet**                    **U.S. District Court - District of Massachusetts**

Place of Offense: __MA__                    Category No. _____    Investigating Agency __DEA/MSP__

City __Lynn/Peabody__                    **Related Case Information:**

County __Essex__                    Superseding Ind./ Inf. __X__        Case No. __04-10299-PBS__
Same Defendant __x__        New Defendant _____
Magistrate Judge Case Number __04-m-1685-CBS__
Search Warrant Case Number __04-m-1720 to 1730__
R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name __EDGAR HOFFENS__                    Juvenile    ☐ Yes    ☒ No

Alias Name __Carlos Colon Rivera, Tigueron__

Address _____

Birth date (Year only): _____ SSN (last 4 #): _____ Sex __M__ Race: __Caucasian__ Nationality: __US__

**Defense Counsel if known:** __John Wall__                    **Address:** __1 Commercial Wharf West__
__Boston, MA 02110__

**Bar Number:** _____

**U.S. Attorney Information:**

AUSA __Neil Gallagher__                    Bar Number if applicable _____

Interpreter: ☒ Yes ☐ No                    List language and/or dialect: __Spanish__

Matter to be SEALED: ☐ Yes ☒ No

☐ **Warrant Requested**        ☐ **Regular Process**        ☐ **In Custody**

**Location Status:**

**Arrest Date:** _____

☒ **Already in Federal Custody as** _____ **in** _____.
☐ **Already in State Custody** _____  ☐ **Serving Sentence**  ☐ **Awaiting Trial**
☐ **On Pretrial Release:** **Ordered by** _____ **on** _____

**Charging Document:**    ☐ **Complaint**    ☐ **Information**    ☒ **Indictment**

**Total # of Counts:**    ☐ **Petty** _____    ☐ **Misdemeanor** _____    ☒ **Felony** __1 count__

**Continue on Page 2 for Entry of U.S.C. Citations**

☒    I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: 3/23/05                    Signature of AUSA:

JS 45  (5/97) - (Revised USAO MA 3/25/02)  Page 2 of 2 or Reverse

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant**    **EDGAR HOFFENS** _____

### U.S.C. Citations

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1   21 U.S.C. Sec. 846 | Conspiracy to Distribute 5 Kg of Cocaine | Count One |
| Set 2 _____ | _____ | _____ |
| Set 3 _____ | _____ | _____ |
| Set 4 _____ | _____ | _____ |
| Set 5 _____ | _____ | _____ |
| Set 6 _____ | _____ | _____ |
| Set 7 _____ | _____ | _____ |
| Set 8 _____ | _____ | _____ |
| Set 9 _____ | _____ | _____ |
| Set 10 _____ | _____ | _____ |
| Set 11 _____ | _____ | _____ |
| Set 12 _____ | _____ | _____ |
| Set 13 _____ | _____ | _____ |
| Set 14 _____ | _____ | _____ |
| Set 15 _____ | _____ | _____ |

**ADDITIONAL INFORMATION:**

JS 45 (5/97) - (Revised U.S.D.C. MA 2/7/02)

**Criminal Case Cover Sheet**                    **U.S. District Court - District of Massachusetts**

**Place of Offense:**                **Category No.** II _____      **Investigating Agency** DEA _____

**City** Lynn _____              **Related Case Information:**

**County** Essex _____            Superseding Ind./ Inf. __X____        Case No. 04-10299 PBS
                                   Same Defendant __X____      New Defendant _____
                                   Magistrate Judge Case Number     04-M-1685 CBS
                                   Search Warrant Case Number     04-M-1720 to 1730
                                   R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name   ROGELIO GARCIA _____     Juvenile:   ☐ Yes   X No

Alias Name   LACUILLA AKA LACUILLA AKA LACUIJI AKA EL JAROCHO AKA LA COLADERA

Address   85 WALNUT AVE., REVERE, MA

Birthdate: 7/15/80 ___ SS # 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  Sex:  MALE  Race:  Hispanic _____    Nationalit USA

**Defense Counsel if known:**     James H. Budreau, Esq. _____    Address 20 Park Plaza, Boston, MA

Bar Number _____

**U.S. Attorney Information:**

AUSA  Neil Gallagher _____              Bar Number if applicable _____

**Interpreter:**    ☐ Yes   X No        List language and/or dialect: _____

**Matter to be SEALED:**        Yes  X    No

       Warrant Requested        X☐ Regular Process       In Custody

**Location Status:**

Arrest Date _____

   Already in Federal Custody as of _____ in _____ .
☐ Already in State Custody at ——————— ☐ Serving Sentence   ☐ Awaiting Trial
X On Pretrial Release:   Ordered by:  Mag. Judge Swartwood _____ on _____

**Charging Document:**      Complaint    ☐ Information    X Indictment

**Total # of Counts:**    ☐ Petty _____   ☐ Misdemeanor _____  ☐ X Felony —— 2 ——

Continue on Page 2 for Entry of U.S.C. Citations

     I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are
     accurately set forth above.

Date:   3/23/05 _____       Signature of AUSA: _____

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant**    ROGELIO GARCIA _____

## U.S.C. Citations

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1  21 USC 846 | CONSPIRACY DISTRIBUTE COCAINE | 1 |
| Set 2  21 USC 841 | DIST. OF 5K COCAINE | 6 |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:** _____

_____

_____

_____

JS 45 (5/97) - (Revised USAO MA 6/29/04)

**Criminal Case Cover Sheet**                     **U.S. District Court - District of Massachusetts**

Place of Offense:    MA _____        Category No. _____        Investigating Agency    DEA/MSP _____

City    Lynn/Peabody _____        **Related Case Information:**

County    Essex _____

Superseding Ind./ Inf.    X _____        Case No.    04-10299-PBS _____
Same Defendant    x _____        New Defendant _____
Magistrate Judge Case Number    04-m-1685-CBS _____
Search Warrant Case Number    04-m-1720 to 1730 _____
R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name    JAVIER ANGEL ROMERO _____        Juvenile    ☐ Yes    ☒ No

Alias Name    Ramon Acosta, the Singer _____

Address _____

Birth date (Year only): _____    SSN (last 4 #): _____    Sex  M  Race:    Hispanic _____    Nationality: _____

**Defense Counsel if known:**    **Ray Buso** _____        **Address:**  **15 Church Street**
**Salem, MA 01970**

**Bar Number:** _____

**U.S. Attorney Information:**

AUSA    Neil Gallagher _____        Bar Number if applicable _____

Interpreter:    ☒ Yes  ☐ No        List language and/or dialect:        Spanish _____

Matter to be SEALED:    ☐ Yes    ☒ No

☐ Warrant Requested        ☐ Regular Process        ☐ In Custody

**Location Status:**

**Arrest Date:** _____

☒ Already in Federal Custody as _____ in _____ .
☐ Already in State Custody _____    ☐ Serving Sentence    ☐ Awaiting Trial
☐ On Pretrial Release:    Ordered by _____ on _____

Charging Document:    ☐ Complaint    ☐ Information    ☒ Indictment

Total # of Counts:    ☐ Petty _____    ☐ Misdemeanor _____    ☒ Felony    1 count _____

**Continue on Page 2 for Entry of U.S.C. Citations**

☒    I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are
accurately set forth above.

Date:  3/23/05        Signature of AUSA: _____