JS 45 (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

District Court Case Number (To be filled in by deputy clerk): _____

Name of Defendant     JAVIER ANGEL ROMERO

## U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 21 U.S.C. Sec. 846 | Conspiracy to Distribute 5 Kg of Cocaine | Count One |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**

JS 45 (5/97) - (Revised USAO MA 6/29/04)

# Criminal Case Cover Sheet     U.S. District Court - District of Massachusetts

**Place of Offense:** MA     **Category No.** _____     **Investigating Agency** DEA/MSP

**City** Lynn/Peabody     **Related Case Information:**

**County** Essex

Superseding Ind./ Inf.  X     Case No.  04-10299-PBS
Same Defendant   x     New Defendant _____
Magistrate Judge Case Number  04-m-1685-CBS
Search Warrant Case Number  04-m-1720 to 1730
R 20/R 40 from District of _____

## Defendant Information:

Defendant Name  CHRISTIAN GERMOSEN     Juvenile  ☐ Yes  ☒ No

Alias Name _____

Address _____

Birth date (Year only): ____ SSN (last 4 #): ____ Sex  M  Race:  Hispanic  Nationality:  Dom. Rep.

**Defense Counsel if known:**  Michael Hickey     **Address:**  15 Church Street
Salem, MA 01970

**Bar Number:** _____

## U.S. Attorney Information:

AUSA  Neil Gallagher     Bar Number if applicable _____

Interpreter:  ☒ Yes  ☐ No     List language and/or dialect:  Spanish

Matter to be SEALED:  ☐ Yes  ☒ No

☐ Warrant Requested     ☐ Regular Process     ☐ In Custody

**Location Status:**

**Arrest Date:** _____

☒ Already in Federal Custody as _____ in _____ .
☐ Already in State Custody _____ ☐ Serving Sentence ☐ Awaiting Trial
☐ On Pretrial Release:  Ordered by _____ on _____

**Charging Document:** ☐ Complaint     ☐ Information     ☒ Indictment

**Total # of Counts:** ☐ Petty ____ ☐ Misdemeanor ____ ☒ Felony  1 count

Continue on Page 2 for Entry of U.S.C. Citations

☒    I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: 3/23/05     Signature of AUSA: _____

JS 45 (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

District Court Case Number (To be filled in by deputy clerk): _____

Name of Defendant    **CHRISTIAN GERMOSEN**

**U.S.C. Citations**

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1  21 U.S.C. Sec. 846 | Conspiracy to Distribute 5 Kg of Cocaine | Count One |
| Set 2 | | |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:**

JS 45 (5/97) - (Revised USAO MA 6/29/04)

**Criminal Case Cover Sheet**          **U.S. District Court - District of Massachusetts**

**Place of Offense:** MA    **Category No.** _____    **Investigating Agency** DEA/MSP

**City** Lynn/Peabody    **Related Case Information:**

**County** Essex    Superseding Ind./ Inf.  X   Case No.  04-10299-PBS
        Same Defendant  x   New Defendant _____
        Magistrate Judge Case Number  04-m-1685-CBS
        Search Warrant Case Number  04-m-1720 to 1730
        R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name  JUAN MARTINEZ    Juvenile  ☐ Yes  ☒ No

Alias Name  Juan Eustate

Address  _____

Birth date (Year only): ____ SSN (last 4 #): ____ Sex  M  Race: Hispanic  Nationality: Mexican

Defense Counsel if known: _____   Address: _____

Bar Number: _____

**U.S. Attorney Information:**

AUSA  Neil Gallagher    Bar Number if applicable _____

Interpreter:  ☒ Yes  ☐ No   List language and/or dialect:  Spanish

Matter to be SEALED:  ☐ Yes  ☒ No

☐ Warrant Requested    ☐ Regular Process    ☐ In Custody

**Location Status:**

**Arrest Date:** FUGITIVE

☐ Already in Federal Custody as _____ in _____
☐ Already in State Custody _____ ☐ Serving Sentence  ☐ Awaiting Trial
☐ On Pretrial Release: Ordered by _____ on _____

**Charging Document:** ☐ Complaint   ☐ Information   ☒ Indictment

**Total # of Counts:** ☐ Petty ____ ☐ Misdemeanor ____ ☒ Felony  1 count

Continue on Page 2 for Entry of U.S.C. Citations

☒  I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: 3/23/05    Signature of AUSA: _____

JS 45 (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

District Court Case Number (To be filled in by deputy clerk): _____

Name of Defendant    JUAN MARTINEZ

## U.S.C. Citations

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1  21 U.S.C. Sec. 846 | Conspiracy to Distribute 5 Kg of Cocaine | Count One |
| Set 2 | | |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:**

JS 45 (5/97) - (Revised USAO MA 6/29/04)

| Criminal Case Cover Sheet | U.S. District Court - District of Massachusetts |

**Place of Offense:** MA          **Category No.** _____          **Investigating Agency** DEA/MSP

**City** Lynn/Peabody          **Related Case Information:**

**County** Essex
Superseding Ind./ Inf.   X          Case No.   04-10299-PBS
Same Defendant   x          New Defendant _____
Magistrate Judge Case Number   04-m-1685-CBS
Search Warrant Case Number   04-m-1720 to 1730
R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name   GERARDO VASSUER ORTIZ          Juvenile   ☐ Yes   ☒ No

Alias Name   Scarface

Address _____

Birth date (Year only): ____   SSN (last 4 #): ____   Sex M   Race: Hispanic   Nationality: Mexican

**Defense Counsel if known:**   Richard Welsh          **Address:** 80 Worchester St., Ste 5
                                                                                                North Grafton MA, 01536
**Bar Number:** _____

**U.S. Attorney Information:**

AUSA   Neil Gallagher          Bar Number if applicable _____

Interpreter:   ☒ Yes   ☐ No          List language and/or dialect:   Spanish

Matter to be SEALED:   ☐ Yes   ☒ No

☐ Warrant Requested          ☐ Regular Process          ☐ In Custody

**Location Status:**

**Arrest Date:** _____

☒ Already in Federal Custody as _____ in _____
☐ Already in State Custody _____   ☐ Serving Sentence   ☐ Awaiting Trial
☐ On Pretrial Release:   Ordered by _____ on _____

**Charging Document:**   ☐ Complaint   ☐ Information   ☒ Indictment

**Total # of Counts:**   ☐ Petty ____   ☐ Misdemeanor ____   ☒ Felony   1 count

Continue on Page 2 for Entry of U.S.C. Citations

☒   I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: 3/23/05          Signature of AUSA: _____

JS 45 (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

District Court Case Number (To be filled in by deputy clerk): _____

Name of Defendant    GERARDO VASSUER ORTIZ

## U.S.C. Citations

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1  21 U.S.C. Sec. 846 | Conspiracy to Distribute 5 Kg of Cocaine | Count One |
| Set 2 | | |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:**

JS 45 (5/97) - (Revised USAO MA 6/29/04)

| **Criminal Case Cover Sheet** | **U.S. District Court - District of Massachusetts** |

Place of Offense: MA            Category No. _____    Investigating Agency  DEA/MSP

City  Lynn/Peabody            Related Case Information:

County  Essex                Superseding Ind./ Inf.  X          Case No.  04-10299-PBS
                     Same Defendant   x        New Defendant
                     Magistrate Judge Case Number   04-m-1685-CBS
                     Search Warrant Case Number    04-m-1720 to 1730
                     R 20/R 40 from District of

**Defendant Information:**

Defendant Name  PHIL ASARO                Juvenile   ☐ Yes   ☒ No

Alias Name _____

Address _____

Birth date (Year only): ____  SSN (last 4 #): ____  Sex  M  Race:  Caucasian   Nationality: ____

Defense Counsel if known:   Kirk Griffin        Address:  50 Standford Street
                                    Boston, MA 02114
Bar Number: _____

**U.S. Attorney Information:**

AUSA  Neil Gallagher              Bar Number if applicable  _____

Interpreter:   ☐ Yes  ☒ No      List language and/or dialect:  _____

Matter to be SEALED:   ☐ Yes  ☒ No

☐ Warrant Requested        ☐ Regular Process       ☐ In Custody

**Location Status:**

Arrest Date: _____

☐ Already in Federal Custody as _____ in _____
☐ Already in State Custody _____  ☐ Serving Sentence  ☐ Awaiting Trial
☒ On Pretrial Release:  Ordered by  MJ Swartwood      on  May 2004

Charging Document:   ☐ Complaint    ☐ Information    ☒ Indictment

Total # of Counts:    ☐ Petty ____   ☐ Misdemeanor ____   ☒ Felony  1 count

Continue on Page 2 for Entry of U.S.C. Citations

☒   I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: 3/23/05          Signature of AUSA: _____

JS 45 (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant**     PHIL ASARO

## U.S.C. Citations

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1  21 U.S.C. Sec. 846 | Conspiracy to Distribute 5 Kg of Cocaine | Count One |
| Set 2 | | |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:**

| Criminal Case Cover Sheet | U.S. District Court - District of Massachusetts |

**Place of Offense:** MA    **Category No.** _____    **Investigating Agency** DEA/MSP

**City** Lynn/Peabody    **Related Case Information:**

**County** Essex

Superseding Ind./ Inf.  X    Case No.  04-10299-PBS
Same Defendant  x    New Defendant _____
Magistrate Judge Case Number  04-m-1685-CBS
Search Warrant Case Number  04-m-1720 to 1730
R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name  SILVESTRE LIZARDI    Juvenile  [ ] Yes  [X] No

Alias Name _____

Address _____

Birth date (Year only): _____ SSN (last 4 #): _____ Sex  M  Race:  Hispanic  Nationality: _____

**Defense Counsel if known:**  Michael Sneider    **Address:** 95 Commercial Wharf
Boston, MA 2110

**Bar Number:** _____

**U.S. Attorney Information:**

AUSA  Neil Gallagher    Bar Number if applicable _____

Interpreter:  [x] Yes  [ ] No    List language and/or dialect:  Spanish

Matter to be SEALED:  [ ] Yes  [x] No

[ ] Warrant Requested    [ ] Regular Process    [ ] In Custody

**Location Status:**

**Arrest Date:** _____

[x] Already in Federal Custody as _____ in _____
[ ] Already in State Custody _____ [ ] Serving Sentence  [ ] Awaiting Trial
[ ] On Pretrial Release:  Ordered by  MJ Swartwood  on  May 2004

**Charging Document:**  [ ] Complaint    [ ] Information    [x] Indictment

**Total # of Counts:**  [ ] Petty _____  [ ] Misdemeanor _____  [x] Felony  1 count

Continue on Page 2 for Entry of U.S.C. Citations

[x]   I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: 3/23/05    Signature of AUSA: _____

JS 45  (5/97) - (Revised USAO MA 3/25/02)  Page 2 of 2 or Reverse

District Court Case Number  (To be filled in by deputy clerk): _____

Name of Defendant     <u>SILVESTRE LIZARDI</u>

## U.S.C. Citations

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1  21 U.S.C. Sec. 846 | Conspiracy to Distribute 5 Kg of Cocaine | Count One |
| Set 2 | | |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

ADDITIONAL INFORMATION:

JS 45 (5/97) - (Revised U.S.D.C. MA 2/7/02)

| Criminal Case Cover Sheet | U.S. District Court - District of Massachusetts |

**Place of Offense:**   **Category No.** II   **Investigating Agency** DEA

**City** Lynn         **Related Case Information:**

**County** Essex

Superseding Ind./ Inf.   X         Case No.   04-10299 PBS
Same Defendant   x         New Defendant
Magistrate Judge Case Number   04-M-1685 CBS
Search Warrant Case Number   04-M-1720 to 1730
R 20/R 40 from District of

**Defendant Information:**

Defendant Name   ROBERT V. RUSCIO      Juvenile:   ☐ Yes   X No

Alias Name

Address   286 NEWBURY ST., PEABODY, MA

Birthdate: 7/15/51   SS # 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   Sex: MALE   Race: White   Nationalit USA

**Defense Counsel if known:**   Edward L. Hayden, Esq.   Address  7 Franklin St., Lynn, MA

Bar Number

**U.S. Attorney Information:**

AUSA   Neil Gallagher         Bar Number if applicable

Interpreter:   ☐ Yes   X No      List language and/or dialect:

**Matter to be SEALED:**   Yes   X No

\ Warrant Requested         X☐ Regular Process         In Custody

**Location Status:**

Arrest Date

☐ Already in Federal Custody as of _____ in _____
☐ Already in State Custody at _____ ☐ Serving Sentence   ☐ Awaiting Trial
X On Pretrial Release:   Ordered by:   Mag. Judge Swartwood   on

**Charging Document:**   Complaint   ☐ Information   X Indictment

**Total # of Counts:**   ☐ Petty   ☐ Misdemeanor   X☐ Felony  2

Continue on Page 2 for Entry of U.S.C. Citations

I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date:  3/23/05         Signature of AUSA:

JS 45 (5/97)  (Revised U.S.D.C. MA 2/7/02) Page 2 of 2 or Reverse

**District Court Case Number**  (To be filled in by deputy clerk): _____

**Name of Defendant**     ROBERT V. RUSCIO

**U.S.C. Citations**

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 21 USC 846 | CONSPIRACY DISTRIBUTE COCAINE | 1 |
| Set 2 | 21 USC 856 | MAINT. PLACE FOR DRUG PURPOSES | 2 |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:** _____

JS 45 (5/97) - (Revised USAO MA 6/29/04)

| **Criminal Case Cover Sheet** | **U.S. District Court - District of Massachusetts** |

Place of Offense: MA    Category No. _____    Investigating Agency  DEA/MSP

City  Lynn/Peabody      Related Case Information:

County  Essex           Superseding Ind./ Inf.   X          Case No.  04-10299-PBS
                        Same Defendant    x         New Defendant _____
                        Magistrate Judge Case Number   04-m-1685-CBS
                        Search Warrant Case Number    04-m-1720 to 1730
                        R 20/R 40 from District of

**Defendant Information:**

Defendant Name  GIOVANI AVILA            Juvenile  ☐ Yes  ☒ No

Alias Name  _____

Address  _____

Birth date (Year only): ____  SSN (last 4 #): ____  Sex  M  Race:  Hispanic   Nationality: ____

Defense Counsel if known:  Michael Natola      Address:  240 Commerical Street, Ste 2B
                                                          Boston, MA 02109
Bar Number:

**U.S. Attorney Information:**

AUSA   Neil Gallagher              Bar Number if applicable  _____

Interpreter:  ☐ Yes  ☒ No       List language and/or dialect:  _____

Matter to be SEALED:   ☐ Yes  ☒ No

☐ Warrant Requested     ☐ Regular Process     ☐ In Custody

**Location Status:**

Arrest Date: _____

☐ Already in Federal Custody as _____ in _____
☐ Already in State Custody _____  ☐ Serving Sentence  ☐ Awaiting Trial
☒ On Pretrial Release:  Ordered by  MJ Swartwood    on   May 2004

Charging Document:   ☐ Complaint   ☐ Information   ☒ Indictment

Total # of Counts:   ☐ Petty ____  ☐ Misdemeanor ____  ☒ Felony  1 count

Continue on Page 2 for Entry of U.S.C. Citations

☒   I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date:  3/23/05             Signature of AUSA: _____

JS 45 (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

District Court Case Number (To be filled in by deputy clerk): _____

Name of Defendant   GIOVANI AVILA

**U.S.C. Citations**

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1  21 U.S.C. Sec. 846 | Conspiracy to Distribute 5 Kg of Cocaine | Count One |
| Set 2 | | |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:**

%JS 45 (5/97) - (Revised USAO MA 6/29/04)

| Criminal Case Cover Sheet | U.S. District Court - District of Massachusetts |

Place of Offense: __MA__   Category No. _____   Investigating Agency __DEA/MSP__

City __Lynn/Peabody__   Related Case Information:

County __Essex__   Superseding Ind./ Inf.  __X__   Case No. __04-10299-PBS__
Same Defendant __x__   New Defendant _____
Magistrate Judge Case Number __04-m-1685-CBS__
Search Warrant Case Number __04-m-1720 to 1730__
R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name __GILBERTO ZAYAS__   Juvenile  ☐ Yes  ☒ No

Alias Name __Cumbia King, Tony__

Address _____

Birth date (Year only): ____   SSN (last 4 #): ____   Sex __M__   Race: __Hispanic__   Nationality: ____

Defense Counsel if known: __Raymond E. Gillespie__   Address: __875 Massachusetts Ave, Ste 32__
__Cambridge, MA 02139__

Bar Number: _____

**U.S. Attorney Information:**

AUSA __Neil Gallagher__   Bar Number if applicable _____

Interpreter:  ☒ Yes  ☐ No   List language and/or dialect: __Spanish__

Matter to be SEALED:  ☐ Yes  ☒ No

☐ Warrant Requested   ☐ Regular Process   ☐ In Custody

**Location Status:**

Arrest Date: _____

☐ Already in Federal Custody as _____ in _____
☐ Already in State Custody _____   ☐ Serving Sentence   ☐ Awaiting Trial
☒ On Pretrial Release:   Ordered by __MJ Swartwood__ on __May 2004__

Charging Document:  ☐ Complaint   ☐ Information   ☒ Indictment

Total # of Counts:   ☐ Petty ____   ☐ Misdemeanor ____   ☒ Felony  __1 count__

Continue on Page 2 for Entry of U.S.C. Citations

☒   I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: __3/23/05__   Signature of AUSA: _____