UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

**UNITED STATES OF AMERICA**

      **VS.**                       **CR NO.: 04-10299-PBS**

**ANDRES MARTINEZ**

## MOTION TO CONTINUE SENTENCING

Now comes John F. Cicilline in the above-entitled cause and moves for a continuance of the sentencing so that counsel may be present for the pre-sentence interview. Counsel is in Florida on a vacation-work break and would be available for the interview on January 26, 2006.

Counsel recognizes that this may cause an unwanted delay but respectfully request's the Courts understanding.

                                                          s/_____
                                                           John F. Cicilline, Esquire #0433
                                                           Attorney for (Andres Martinez)
                                                           Cicilline Law Office
                                                           381 Atwells Avenue
                                                           Providence, RI 02909
                                                           Office 401 273.5600
                                                           Fax 401 454.5600
                                                           Cicilline387@aol.com

## CERTIFICATION

I, the undersigned, hereby certify that I cause to be deliver a true copy of the within to **Denise Rivera**, U.S. Probation Officer, US Probation Office, John Joseph Moakley, United States Courthouse, 1 Courthouse Way, Suite 9200, Boston Ma, 02210 on this the **5**[th] day of January, 2006.

                                                                             GINA ROSARIO