UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION<br>NO.  04-10299-PBS |
| v. | |
| ANDRES MARTINEZ | |

**NOTICE OF RESCHEDULED SENTENCING**

SARIS, U.S.D.J.                                                                                              May 22, 2006

      The Sentencing previously scheduled for June 7, 2006, has been **rescheduled** to **June 2, 2006, at 2:00 p.m.**

              By the Court,

              /s/ Robert C. Alba
              Deputy Clerk

Copies to:  All Counsel

resched.ntc