*John F. Cicilline, Esquire*
*381 Atwells Avenue*
*Providence, RI 02909*
*Office 401 273-5600*
*Fax 401 454-5600*

June 8, 2006

Robert Alba, Clerk
U.S. District Court
District of Massachusetts
1 Courthouse Way
Boston, Massachusetts 02210

Dear Mr. Alba,

    Has a transcript been created for the first trial of <u>United States v. Aguilar</u>, et als, and if so, is it possible for me to see a copy.

                                    Sincerely,

                                      *John F. Cicilline*

                                    John F. Cicilline, Esquire

JFC/rg