**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| VS. | : | CR NO.: 04-10299-PBS |
| | : | |
| ANDRES MARTINEZ | : | June 16, 2006 |

**NOTICE OF APPEAL**

Notice is hereby given of the defendant's appeal from the judgment of conviction entered as an order of this court on the 16th day of June 2006.

Respectfully Submitted,

/s/ *John F. Cicilline*

John F. Cicilline, Esquire #0433
Cicilline Law Office
381 Atwells Avenue
Providence, RI 02909
Office 401 273.5600
Fax 401 454.5600
jfcicilline387@aol.com

**CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on this 16th day of June, 2006.

RAQUEL GIL