✎AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

DISTRICT OF     Massachusetts

| | |
|---|---|
| Unitede States<br>V.<br>Andres Martinez | **EXHIBIT AND WITNESS LIST**<br><br>Case Number:    04-CR-10299-PBS |

| PRESIDING JUDGE<br>Patti B. Saris | PLAINTIFF'S ATTORNEY<br>Neil Gallagher | DEFENDANT'S ATTORNEY<br>John Cicilline |
|---|---|---|
| TRIAL DATE (S)<br>6/2/06, 6/9/06, 6/16/06 | COURT REPORTER<br>Lee Marzilli | COURTROOM DEPUTY<br>Robert C. Alba |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| 1 | | 6/2/06 | | X | Transcript translation |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of _____ Pages