AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

DISTRICT OF _____ Massachusetts _____

| Unitede States V. Andres Martinez | **EXHIBIT AND WITNESS LIST** Case Number: 04-CR-10299-PBS |
|---|---|

| PRESIDING JUDGE Patti B. Saris | PLAINTIFF'S ATTORNEY Neil Gallagher | DEFENDANT'S ATTORNEY John Cicilline |
|---|---|---|
| TRIAL DATE (S) 6/2/06, 6/9/06, 6/16/06 | COURT REPORTER Lee Marzilli | COURTROOM DEPUTY Robert C. Alba |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| 1 |  | 6/2, 6/9 |  |  | Manuel Germosen |
|  |  |  |  |  |  |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of _____ Pages