UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| UNITED STATES OF AMERICA | : | |
| --- | --- | --- |
| | : | |
| VS. | : | CR NO.: 04-10299-PBS |
| | : | |
| ANDRES MARTINEZ | : | August 29, 2006 |

## MOTION TO RESTORE

Now comes the defendant in the above-entitled cause pursuant to Rule 41 (g) of the Rules of Criminal Procedures and moves that the below listed items be restored: Movado watch; personal photographs; 12 motor vehicles; paperwork in 2 briefcase type binders including, cancelled checks, checkbook, tittles to various motor vehicles including a 1998 Crown Victorian, Rav4 (2003) Toyota, a Jeep Cherokee, title for a boat and a cargo trailer.

/s/ *John F. Cicilline*
_____
John F. Cicilline, Esquire #0433
Attorney for (Andres Martinez)
Cicilline Law Office
381 Atwells Avenue
Providence, RI 02909
Office 401 273.5600
Fax 401 454.5600
Cicilline387@aol.com

## CERTIFICATION

I hereby certify that on August 29, 2006 a true copy of the above document was served upon all attorneys of record by ECF filing.

RAQUEL GIL