UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| VS. | : | CR NO.: 04-10299-PBS |
| | : | |
| ANDRES MARTINEZ | : | August 29, 2006 |

**MEMORANDUM IN SUPPORT OF MOTION TO RESTORE**

On May 1, 2004, upon the defendants arrest certain items of a non evidentiary nature, were seized from Andrez Martinez.

No forfeiture proceedings were ever instituted against the items.  Counsel has written to the government on several occasions about the return of the items, but has never even received a reply.

The items which the defendant seeks to have returned are owned by the defendant and were unlawfully seized, since they had no evidentiary value, and are sought long after the grand jury has completed its inquiry.  United States v. Rodriguez-Aguirre, 264 F.3d 1195 (10th Cir. 2001); Sealed Appellant v. Sealed Appellee, 199 F.3d 276 (5th Cir. 2000).

/s/  *John F. Cicilline*
_____
John F. Cicilline, Esquire #0433
Attorney for (Andres Martinez)
Cicilline Law Office
381 Atwells Avenue
Providence, RI 02909
Office 401 273.5600
Fax 401 454.5600
Cicilline387@aol.com

## **CERTIFICATION**

    I hereby certify that on August 29, 2006 a true copy of the above document was served upon all attorneys of record by ECF filing.

                                        RAQUEL GIL