

**U.S. Department of Justice**

*Michael J. Sullivan*
*United States Attorney*
*District of Massachusetts*

---

*Main Reception: (617) 748-3100*　　　　　　　*John Joseph Moakley United States Courthouse*
*1 Courthouse Way*
*Suite 9200*
*Boston, Massachusetts  02210*

September 12, 2006

John F. Cicilline
387 Atwells Avenue
Providence, RI 02909

　　　Re:  *United States vs. Andres Martinez,* 04-10299-PBS

Dear Counsel:

　　　I am writing you in response to your request for the return of certain property.  I apologize in my delay in responding to your request.  Please be advised that all the items of personal property that were seized from your client and which were not the subject of the forfeiture proceedings are available for you to pick up at the offices of the DEA in Boston at John F. Kennedy Federal Building,15 New Sudsbury Street, Room E400, Boston, MA 02203.  Arrangements can be made to pick up these items by contacting the case agent for the investigation, Special Agent Jean Drouin at (617) 557-2433.

　　　AUSA Jennifer Zacks and I are in the process of attempting to determine which other items were seized from your client, including the twelve vehicles you cite, which may have been the subject of administrative forfeiture proceedings.  Notice of any forfeiture proceedings against any item of property in this case should have been given to the owner of such property before forfeiture.  I will provide you with detailed information about which items of property were administratively seized once we gather this information.

　　　I presume that the twelve vehicles to which you refer in your August 29, 2006 motion to restore (Docket No. 505) may have been seized from Bob's Auto Sales.  However, without further information about these vehicles, it is difficult to give you a proper response in a timely manner. Therefore, could you please provide more detail information about which vehicles you believe were seized from the client including, if possible, make, model,

Page 2

registration and VIN.

    If you need anything else or would like to discuss this matter further, please do not hesitate to call.

                              Very truly yours,

                              MICHAEL J. SULLIVAN
                              United States Attorney

                              /s/ Neil Gallagher
                              Neil J. Gallagher, Jr.
                              Assistant United States Attorney
                              (617) 748-3397

cc:  AUSA Jennifer Zacks
     DEA Special Agent Jean Drouin