

U.S. Department of Justice

Federal Bureau of Prisons



Designation & Sentence Computation Center
346 Marine Forces Drive
Grand Prairie, Texas 75051

September 5, 2006

The Honorable Patti B. Saris
Judge of the U.S. District Court
  for the District of Massachusetts
John Joseph Moakley U.S. Courthouse
One Courthouse Way
Boston, MA 02210

**Re: MARTINEZ, Andres**
   Reg. No. 80442-038
   Docket No. 1:04 CR 10299-005-PBS

Dear Judge Saris:

   This is in response to the Court's recommendation that Mr. Martinez serve his term of confinement at the Devens Federal Medical Center in Ayer, Massachusetts. Mr. Martinez was recently sentenced in your court to a 188-month term for Conspiracy to Distribute and Possess with Intent to Distribute Five Kilograms or More of Cocaine, and Aiding and Abetting.

   Unfortunately, we were unable to follow the Court's recommendation. Based upon his medical classification, Mr. Martinez is not appropriate for the Devens facility. Accordingly, Mr. Martinez has been designated to the Allenwood low security level facility in Whitedeer, Pennsylvania, where he will receive appropriate health care services.

   Although we were unable to follow the Court's recommendation in this case, please be assured of our continued commitment to satisfy judicial recommendations whenever possible.

Sincerely,

Rebecca Tamez
Chief

fbk
cc: Warden, FCI Allenwood (Low)