UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ANDRES MARTINEZ ) | |
| ) | CIVIL ACTION NO. |
| ) | |
| v. ) | 08-cv-10782-PBS |
| ) | |
| UNITED STATES OF AMERICA, ) | |
| Respondent ) | |
| ) | |

UNITED STATES' MOTION FOR EXTENSION OF
TIME TO FILE OPPOSITION TO DEFENDANT'S
<u>PETITION PURSUANT TO 18 U.S.C. §2255</u>

The United States respectfully moves this Court for an extension of time, until June 24, 2008, to submit an opposition to petitioner Andres Martinez's motion to vacate, set aside, or correct sentence pursuant to 18 U.S.C. §2255. As grounds, the government submits that undersigned counsel was out of the office during the week of June 2, 2008.

                                      Respectfully submitted,

                                      MICHAEL J. SULLIVAN
                                      United States Attorney

                        By:  <u>/s/ Neil Gallagher</u>
                               Neil J. Gallagher, Jr.
                               Assistant U.S. Attorney

DATED:   June 10, 2008

<u>CERTIFICATE OF SERVICE</u>

This is to certify that I have this day served upon the person listed below a copy of the foregoing document by depositing in the United States mail a copy of same in an envelope bearing sufficient postage for delivery:

**Andres Martinez**
80442-038
FCI - Allenwood
P.O. Box 1000
White Deer, PA 17887


This 11th day of June 2008.


<u>/s/ Neil Gallagher</u>
NEIL GALLAGHER
ASSISTANT UNITED STATES ATTORNEY